JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 -- IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 10/5/78 | | ORDER TO SHOW CAUSE -- Why A-1 through A-21 should not be transferred pursuant to 28 U.S.C. §1407 for pretrial proceedings. (ea) |
| 10/12/78 | | ORDER EXTENDING TIME to The General Tire & Rubber Co. -- GRANTED to and including October 27, 1978. (was incorrectly listed on Attorney List used for service of the SCO filed on 10/5/78). (ea) |
| 10/13/78 | 1 | RESPONSE to Order to Show Cause -- Odis Daniel Smith w/cert. of svc. (ea). |
| 10/16/78 | | EXTENSION OF TIME -- Cooper Tire & Rubber Co. -- GRANTED to and including November 10, 1978. (ea) |
| 10/16/78 | | LETTER -- Plaintiff Walker (A-11). (ea) |
| 10/16/78 | 2 | LETTER/RESPONSE -- Plaintiff Rodriguez, et al. (ea) |
| 10/16/78 | | APPEARANCES -- Hassell H. Whitworth,Esq. for Adams Laboratories, Inc. <br> Michael J. Farrell, Esq. for Allied Chemical Corp. <br> John M. Slack,III. Esq. for Chemical Leaman Tank Lines, Inc.; Robert G. Vial, Esq. for C & H Transportation Co. <br> Cary E. Bufkin, Esq. for Redco Copr. <br> William D.Grubbs,Esq. for Ford Motor Co. <br> William J. Parker, Esq. for Cooper Tire & Rubber Co. <br> Robert D. Hunter, Esq. for Martin, Southard, and Tash <br> Lyman H. Harris, Esq. for Wilke, Herlean and Henry <br> Paul G. Smith,Esq. for Taylor Machine Works, Inc. <br> William G. Wheatley, Esq. for Michelin Tire Corp. <br> T. Neal Combs, Esq. for Kelsey-Hayes <br> Alvin D. Shapiro, Esq. for The Goodyear Tire & Rubber Company <br> William Freivogel, Esq. for The Firestone Tire & Rubber Company <br> Daniel W. Goff, Esq. for Gladys Fay Petersen <br> Stanley M. Brown,Esq. for Patrick Dupuis <br> Ronald J. Stites,Esq.for Robert E. Walker <br> Robert B. Roden, Esq. for Gail McGee <br> Braxton W. Ashe, Esq. for Liberty Mutual Insurance Co. <br> James W. Nobles, Jr., Esq. for Odis Daniel Smith <br> John E. Hughes,III, Esq. for Insurance Company of North America <br> John C. Risjord, Esq.for Hale, Goodwin, Butler and Rodriguez.               (ea) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 2

DOCKET NO. _362_ -- In re Multi-Piece Rim Products Lia. Lit.

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 10/16/78 | 3 | MOTION, BRIEF, CERT. OF SVC. TO VACATE SCO AND REMAND -- Taylor Machine Works, Inc. (ea) |
| 10/16/78 | 4 | RESPONSE -- Plaintiff Patrick Dupuis w/cert. of svc. (ea) |
| 10/16/78 | 5 | RESPONSE -- Allied Chemical Corp. w/cert. of svc. (ea) |
| 10/16/78 | 6 | RESPONSE -- Leaseway, Inc. w/cert. of svc. (ea) |
| 10/16/78 | 7 | RESPONSE -- Chemical Leaman Tank Lines, Inc. w/cert. of service. (ea) |
| 10/16/78 | 8 | RESPONSE -- Plaintiff Gail McGee w/cert. of svc. (ea) |
| 10/16/78 | 9 | RESPONSE -- Plaintiffs Hale w/cert. of svc. (ea) |
| 10/17/78 | 10 | RESPONSE -- Adams Laboratories, Inc. w/cert. of svc. (ea) |
| 10/17/78 | | APPEARANCES -- Thad G. Long, Esq. for The B.F. Goodrich Co. Johnny W. Mims, Esq. for Joe B. Brown. (ea) |
| 10/19/78 | | APPEARANCES -- Richard I. Bass, Esq. for Milton John McLellan, RKC Leasing, Inc., Arthur G. Hurst, Beaver Transport Company and Trailer Leasing Co., Inc. Rudloph L. Di Trapano, Esq. for Madlyn Walker. (ea) |
| 10/19/78 | | REQUEST FOR EXTENSION OF TIME -- Goodyear Tire and Rubber Co. GRANTED to and including Nov. 3, 1978. (ea) |
| 10/19/78 | 11 | RESPONSE -- Milton John McLellan, et al. w/cert.of svc.(ea) |
| 10/19/78 | 12 | RESPONSE -- Redco Corp. w/cert. of svc. (ea) |
| 10/19/78 | 13 | RESPONSE -- The Ness Co. w/cert. of svc. (ea) |
| 10/19/78 | 14 | RESPONSE -- Plaintiff Petersen w/cert. of svc.(ea) |
| 10/19/78 | 15 | RESPONSE -- Ford Motor Co. w/cert. of svc. (ea) |
| 10/19/78 | 16 | RESPONSE -- Sears, Roebuck & Co. w/cert. of svc. (ea) |
| 10/19/78 | 17 | RESPONSE -- The Armstrong Rubber Co.w/cert. of svc. (ea) |
| 10/19/78 | 18 | RESPONSE -- Columbus I-70 West Auto-Truckstop, Inc. and Union Oil Co. of Calif. w/cert. of svc. (ea) |
| 10/19/78 | | APPEARANCES -- William J. Oberts,Esq. for Columbus I-70 West Auto-Truckstop,Inc. & Union Oil Co. of Calif.; Louis G.Baine, Esq., Jr., for The Ness Co.; ~~Daniel J. Conway, Esq. for Harry J. Tyrrell~~ (ea) Joel W. Howell,III, Esq. for Sears, Roebuck & Co.; Thomas A. Bell, Esq. for The Armstrong Rubber Co.; John H. Mudd, Esq.for The General Tire & Rubber Co.; Reggie C. Giffin, Esq. for Rufus P. Limpp. (ea) |
| 10/20/78 | 19 | RESPONSE -- Plaintiff Marion T. Davis w/cert. of svc.(ea) |
| 10/20/78 | 20 | RESPONSE -- Plaintiffs Wilke, et al.w/cert.of svc. (ea) |
| 10/20/78 | 21 | RESPONSE -- Micheline Tire Corp. w/cert. of svc. (ea) |
| 10/20/78 | 22 | RESPONSE -- Firestone Tire & Rubber Co. w/cert.of svc.(ea) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362   --In re Multi-Piece Rim Products Lia. Lit.      Page 3

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 10/23/78 | | APPEARANCES -- J. Paul Lowery, Esq. for Thomas R. Clayton<br>Ivin E. Kerr, Esq. for Pullman, Inc.<br>Warren W. Goedert, Esq. for John L. Olsen<br>Daniel J. Hourihan, Esq. for Paul R. Barry<br>Michael A. Owsley, Esq. for Melton & Belinda<br>Henderson (ea) |
| 10/23/78 | 23 | RESPONSE -- Plaintiff Clayton w/cert. of svc. (ea) |
| 10/23/78 | 24 | RESPONSE -- B.F. Goodrich Co.w/cert. of svc. (ea) |
| 10/23/78 | 25 | RESPONSE -- Plaintiff Olsen w/cert. of svc. (ea) |
| 10/23/78 | 26 | RESPONSE -- Madlyn Walker w/cert. of svc. (ea) |
| 10/23/78 | 27 | RESPONSE -- Kelsey-Hayes, Inc. w/cert. of svc.(ea) |
| 10/23/78 | 28 | RESPONSE -- Plaintiffs Henderson w/cert. of svc. (ea) |
| 10/23/78 | 29 | RESPONSE -- Plaintiff Joe Brown w/cert. of svc. (ea) |
| 10/23/78 | 30 | RESPONSE -- Rufus P. Limpp w/cert. of svc. (ea) |
| 10/23/78 | | LIST OF ADDITIONAL CASES filed in federal court --<br>Firestone Tire & Rubber Co. (ea) |
| 10/23/78 | | REQUEST FOR EXTENSION OF TIME -- Pullman, Inc. -- GRANTED<br>to and including Nov. 3, 1978. (ea) |
| 10/24/78 | | REQUEST FOR EXTENSION OF TIME -- General Tire & Rubber Co.<br>GRANTED to and including Nov. 3, 1978. (ea) |
| 10/26/78 | | APPEARANCE -- John W. Bell, Esq. for Reliable Truck Parts,<br>Inc. and The Budd Co. (ea) |
| 10/26/78 | 31 | RESPONSE -- Reliable Truck Parts, Inc. & The Budd Co.,<br>w/cert. of svc. (ea) |
| 10/26/78 | 32 | RESPONSE -- Liberty Mutual Insurance Co.w/cert.of svc.(ea) |
| 10/26/78 | 33 | RESPONSE -- Pullman, Inc. w/cert. of svc. (ea) |
| 11/1/78 | 34 | RESPONSE -- The Cooper Tire & Rubber Co.w/cert.of svc.(ea) |
| 11/3/78 | 35 | RESPONSE -- Chemical Leaman Tank Lines, Inc.,<br>w/cert. of svc. (ea) |
| 11/3/78 | 36 | RESPONSE -- General Tire & Rubber Co. w/cert. of svc.(ea) |
| 11/3/78 | 37 | RESPONSE -- The Goodyear Tire & Rubber Co.,<br>w/cert. of svc. (ea) |
| 11/3/78 | | REQUEST FOR EXTENSION OF TIME -- The Goodyear Tire &<br>Rubber Co. GRANTED to and including Nov. 3, 1978.<br>(the extension was previously given per telecom). (ea) |
| 11/3/78 | | LIST OF ADDITIONAL CASES filed in federal court -- General<br>Tire & Rubber Co. (ea) |
| 11/8/78 | | ORDER VACATING SHOW CAUSE ORDER -- Garcia, etc. v. The<br>Goodyear Tire & Rubber Co., D.Mass.,C.A.No.73-3812-F<br>Dismissed on 9/29/78. (ea) |

Case MDL No. 362   Document 1   Filed 05/04/15   Page 4 of 55

JPML FORM 1A - Continuation          DOCKET ENTRIES -- p. **4**

DOCKET NO. **362** -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 11/9/78 | | HEARING ORDER -- Setting A-1 through A-5 and A-7 through A-21 for hearing on December 8, 1978 in New York, New York                              (raw) |
| 11/27/78 | 38 | RESPONSE filed by interested plaintiffs Lantieri, et al. in action not included w/cert. of svc. (ea) |
| 12/1/78 | | WAIVERS OF ORAL ARGUMENT -- Sears, Roebuck & Co.; The Armstrong Rubber Co.; Pullman, Inc.; Adams Laboratories, Inc.; The Ness Company; J.P. Wilke, R.E. Herlean, A.T. Henry, Geroge Martin, Oscar Southard, and C.T. Tash; plaintiff Paul R. Barry; and plaintiff Melton and Belinda Henderson -- for hearing held on December 8, 1978 in New York, New York. (ea) |
| 12/1/78 | | HEARING APPEARANCES -- John C. Risjord, Esq. for plaintiffs Hale, Goodwin, et al., Butler, Rodriguez, et al., and Walker; James W. Nobles, Esq. for plaintiff Smith; Johnny W. Mims, Esq. for plaintiff Brown; William Freivogel, Esq. for The Firestone Tire & Rubber Co.; Alvin D. Shapiro, Esq. for The Goodyear Tire & Rubber Co.; Reggie C. Giffin, Esq. for Rufus P. Limpp d/b/a Limpp Oil Company; William G. Wheatley, Esq. for Michelin Tire Corp.; Paul G. Smith, Esq. for Taylor Machine Works, Inc.; David C. Minc, Esq. for B. F. Goodrich; William D. Grubbs, Esq. for Ford Motor Co.; William J. Parker, Esq. for Cooper Tire & Rubber Co.; Richard S. Bush, Esq. for Redco Corp.; Daniel W. Goff, Esq. for plaintiff Petersen; and E. Charles Dann, Jr., Esq. for General Tire & Rubber Co., for hearing held on Dec. 8, 1978 in New York, New York. (ea) |
| 12/1/78 | 39 | RESPONSE/AFFIDAVIT w/Exhibit A -- The Firestone Tire & Rubber Co. -- w/ cert. of service (cds) |
| 12/4/78 | | HEARING APPEARANCE:  T. NEAL COMBS OR RICHARD FL DARKE for Kelsey-Hayes Company                              (cds) |
| 12/4/78 | | HEARING APPEARANCE -- Ronald J. Stites, Esq. for Robert E. Walker for hearing held in New York on 12/8/78. (ea) |
| 12/4/78 | | WAIVERS OF ORAL ARGUMENT -- Thomas R. Clayton and Allied Chemical Corp. for hearing held in New York on Dec. 8, 1978. (ea) |
| 12/5/78 | | HEARING APPEARANCE -- James H. Mathis, Esq. for Marion Taylor Davis for hearing in New York on Dec. 8, 1978. (ea) |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p. 5

DOCKET NO. 362 -- In re Multi-Piece Rim Products Liability Litigation

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 1/18/78 | | CONSENT OF TRANSFEREE COURT -- W.D.MISSOURI -- For Judge William R. Collinson to handle litigation under 28 U.S.C. §1407 in the W.D. Missouri<br>OPINION AND ORDER -- Transferring A-1,2,3,4,5,12,13,14,15, 17,18,19,20 and B-21 to the W.D. Missouri under 28 U.S.C. §1407 for assignment to Judge William R. Collinson. (14 actions) Opinion and Order denys transfer of A-7 and A-21 (Standard distribution) (rew) |
| 1/24/79 | | C-23 Beatrice Mixon v. General Motors Corp., et al., D.S.C. #78-2017<br>C-24 B.J. Bordelon v. The Firestone Tire & Rubber Co., W.D. La., #CI 781046<br>C-25 Opel Burks, et al. v. Firestone Tire & Rubber Co., et al., N.D. Tex., CA3-77-0926-G<br>C-26 John F. Loughan v. Firestone Tire & Rubber Co., S.D. Fla., #78-6290-Civ-JLK<br>CONDITIONAL TRANSFER ORDERS FILED TODAY -- Notified involved counsel and judges (cds) |
| 1/31/79 | | C-26 Loughan v. Firestone Tire & Rubber Co.,S.D.Fla., C.A. No. 78-6290-Civ-JLK<br>NOTICE OF OPPOSITION FILED TODAY by The Firestone Tire & Company. Notified involved counsel & judges.(ea) |
| 2/5/79 | | (C-23) Mixson v. General Motors Corp., et al., D.S.C., C.A.No. 78-2017<br>NOTICE OF OPPOSITION filed by The Firestone Tire & Rubber Co., w/cert. of svc. Notified involved counsel & judges(ea |
| 2/6/79 | | C-26 Loughan v. Firestone Tire & Rubber Co., S.D.Fla., C.A. No.78-6290-CIV-JLK<br>NOTICE OF OPPOSITION filed by plaintiff Loughan w/cert. of svc. (previously opposed by Firestone).(ea) |
| 2/8/79 | | C-23 Mixson v. General Motors Corp., et al.,D.S.C., C.A.No. 78-2017. NOTICE OF OPPOSITION FILED BY GENERAL MOTORS CORP w/cert. of svc. (previously filed by Firestone Tire & Rubber Co.) Notified involved counsel & Judges.(ea) |
| 2/9/79 | | C-24 Bordelon v. The Firestone Tire & Rubber Co., et al. W.D. La., C.A.No. CI 781046<br>CONDITIONAL TRANSFER ORDER FINAL TODAY. Notified involved clerks and judges. (ea) |
| 2/9/79 | | C-27 Anderson, et al. v. Firestone Tire & Rubber Co., D.N. Dakota, C. A. No. A78-1111<br>CONDITIONAL TRANSFER ORDER FILED TODAY. Notified involved counsel and judges. (ea) |

Case MDL No. 362   Document 1   Filed 05/04/15   Page 6 of 55

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 -- In re Multi-Piece Rim Products Lia. Lit.

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 2/9/79 | 40 | MOTION TO VACATE -- C-26 Loughan v. Firestone Tire & Rubber Co., S.D. Fla., C.A.No. 78-6290-Civ-JLK -- filed by The Firestone Tire & Rubber Co. w/cert. of svc. (ea) |
| 2/12/79 | | C-25 Burks, et al. v. The Firestone Tire & Rubber Co., et al., N.D. Texas, C. A. No. CA3-77-0926-G ORDER VACATING CONDITIONAL TRANSFER ORDER. Notified involved counsel and judges. (ea) |
| 2/12/79 | | CORRESPONDENCE FROM Plaintiff Burks, The Firestone Tire & Rubber Co. -- In re C-25 Burks, et al. v. The Firestone Tire & Rubber Co., N.D. Texas, C.A. No. CA3-77-0926-G  (ea) |
| 2/14/79 | 41 | MOTION TO VACATE -- C-26 Loughan v. Firestone Tire & Rubber Co., S.D. Fla., C.A.No. 78-6290-Civ-JLK--Plaintiff Loughan w/cert. of svc. (ea) |
| 2/15/79 | 42 | MOTION TO VACATE -- Firestone Tire & Rubber Co. -- C-23 Mixson v. General Motors Corp., et al.,D.S.Car.,C.A.No. 78-2017; w/cert. of svc. (ea) |
| 2/20/79 | | HEARING ORDER -- Setting C-23 Mixon v. General Motors Corp. et al., D. South Carolina, #78-2017 and C-26 Loughan v. Firestone, S.D. Florida, #78-6290-Civ-JLK for hearing in N.D. California on March 23, 1979 (cds) |
| 2/23/79 | | ORDER VACATING CTO -- C-26 Loughan v.Firestone Tire & Rubber Co., S.D.Fla.,C.A.No. 78-6290-Civ-JLK. Notified involved counsel and judges. (ea) |
| 2/23/79 | 43 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- General Motors, Defendant in C-23 Mixson v. General Motors, et al., D. S.C., C.A. No. 78-2017 -- w/cert. of serv. (cds) |
| 2/26/79 | 44 | C-23 Mixson v. Firestone, et al. -- SUPPORT FOR TRANSFER -- plaintiff Mixson w/cert. of svc. (ea) |
| 2/28/79 | | C-27 Anderson, et al. v. Firestone Tire & Rubber Co., D. North Dakota, C.A.No. 78-1111 CONDITIONAL TRANSFER ORDER FINAL TODAY. Notified involved clerks and judges.(ea) |
| 3/2/79 | 45 | MOTION FOR RECONSIDERATION AND REMAND -- Firestone Tire & Rubber Co. -- w/Exhibits A thru D & cert. of svc. (emh) |
| 3/6/79 | | AMENDMENT TO HEARING ORDER -- Vacating action from hearing order  (emh) ema |

Case MDL No. 362   Document 1   Filed 05/04/15   Page 7 of 55

DOCKET NO. 362 -- IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 3/6/79 | | AMENDMENT TO HEARING ORDER -- VACATING C-26 Loughan v. Firestong Tire & Rubber Co., S.D.Fla., C.A. 78-6290 from hearing order in N.D. Calif. on 3/23/79 (emh) |
| 3/9/79 | | CERT. OF SVC. -- Susan G. Lichtenfeld for Firestone Tire & Rubber Co. -- (Pleading No. 45)    (emh) |
| 3/13/79 | 46 | RESPONSE IN SUPPORT OF MOTION for Reconsideration & Rehearing -- William Sanders for Firestone Tire & Rubber Co. -- w/Exhibits A thru E and cert. of svc. (emh) |
| 3/14/79 | 47 | RESPONSE -- Plaintiffs Steering Committee -- w/Exhibits A thru I, and w/cert. of svc.   (emh) |
| 3/16/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-28 Cothren, et al. v. Firestone Tire & Rubber Co., W.D.Arkansas, C.A.No. 79-4005 C-29 Smith v. Firestone Tire & Rubber Co., D. Kansas, C.A.No. 78-2183 C-30 Mixson v. General Motors Corp., et al., D.South Carolina, C.A.No. 79-370 C-31 Parlett, etc., et al. v. Firestone Tire & Rubber Co. S.D.Texas, C.A.No. H-79-2 NOTIFIED INVOLVED COUNSEL AND JUDGES.   (emh) |
| 3/20/79 | 48 | REPLY -- Firestone Tire & Rubber Co. -- w/cert. of svc.      (emh) |
| 3/20/79 | | HEARING APPEARANCES:  WILSON HERNDON, ESQ. FOR General Motors Corp.  (cds) |
| 3/20/79 | | WAIVER OF ORAL ARGUMENT:  Taylor Machine Works, Inc.; Hale; Butler; Goodwin; Rodriguez; Walker; Richard Lantieri, etc.; Cooper Tire & Rubber Co.; Allied Chemical Corp. Leaseway All-Services, Inc.; Firestone Tire & Rubber Co.; The General Tire & Rubber Co.  (cds) |
| 3/26/79 | | ORDER DENYING MOTION FOR RECONSIDERATION, REMAND OR RETRANSFER -- Notified invol. judge, clerk & coun. (cs |
| 3/28/79 | | AMENDED SERVICE LIST -- Firestone (Pleading No. 48)     (emh) |
| 3/29/79 | | NOTICE OF OPPOSITION (C-30) Adeal Mixson v. General Motors Corp., D. S.C., #79-370 -- Def. Gen'l Motors Corp.  cs |
| 3/29/79 | | NOTICE OF OPPOSITION (C-31) Debra Parlett, et al. v. Firestone Tire & Rubber Co., S.D. Texas, #H-79-2 -- Plaintiff Parlett, et al. (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 -- In re Multi-Piece Rim Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 4/2/79 | | NOTICE OF OPPOSITON (C-30) Adeal Mixson v. General Motors Corp., D. S.C., #79-370 -- Def. Firestone (cds) |
| 4/3/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-29 Mark William Smith v. Firestone, et al., D. Kansas, C.A. No. 78-2182 -- Notified inv. judges & clerks (cs) |
| 4/4/79 | | TRANSFER ORDER -- (C-23) Beatrice Mixson v. General Motors Corp., et al., D. S.Carolina, C.A. No. 78-2017 -- Notified involved judges, clerks and counsel (cds) |
| 4/4/79 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (C-28) Karen Lyn Cothren, Adm., et al. v. Firestone Tire & Rubber Co., W.D. Arkansas, C.A. No. 79-4005 -- Notified involved judges, clerks & counsel (cds) |
| 4/9/79 | 49 | LETTER -- Notifying Panel of Guidry action pending in W.D. La., C.A. No. 77-0370 -- General Motors Corp. (cds) |
| 4/13/79 | 50 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- C-31 Parlett, etc., et al. v. Firestone, S.D.Texas, C.A. No. H-79-2 -- Plaintiffs -- w/cert. of serv. (cs) |
| 4/16/79 | 51 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (C-30) Adeal Mixson v. General Motors Corp., D. S.C., #79-370 -- General Motors Corp. -- w/cert. of serv. (cds) |
| 4/19/79 | — | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-33 Karen Lyn Cothren, etc., et al. v. Firestone Tire & Rubber Co., E.D. Texas, #79-0011-CA C-34 Birriel Correa, et al. v. Chrysler Corp., et al., D. Puerto Rico, #76-770 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 5/8/79 | 52 + | MOTION TO TRANSFER ACTION (C-35) Buckingham, et al. v. Monroe, et al., E.D.N.C., C.A. No. 989 -- Plaintiff Buckingham -- w/cert. of serv. (cds) |
| 5/8/79 | | CONDITIONAL TRANSFER ORDER FINAL--C-33 Cothren, etc., et al. v. Firestone Tire & Rubber Co.,E.D.Tex.,C.A.No.79-0011-CA Notified involved clerks and judges. (ea) |
| 5/14/79 | 53 | LETTER W/ATTACHMENT -- Karen W. Buckingham. (ea) |
| 5/17/79 | | ORDER EXTENDING TIME ON CTO -- C-34 Armando Birriel Correa, et al. v. Chrysler Corp., et al., v. Firestone Tire & Rubber Co., D. Puerto Rico, C.A.No. 76-770. Notified involved counsel and judges. (ea) |
| 5/21/79 | 54 | NOTICE OF OPPOSITION -- C-34 Correa, et al. v. Chrysler Corp., et al. v. Firestone Tire & Rubber Co.,D.P.R., C.A.No. 76-770 pltfs. Correa, et al., w/cert. of svc. (ea) |
| 5/21/79 | 55 | RESPONSE TO Firestone Tire and Rubber Co., et al. w/cert. of svc. (ea) |
| 5/21/79 | 56 | RESPONSE--Deft. Kelsey-Hayes Co. w/cert. of svc. (ea) |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p. 7

DOCKET NO. 362 -- In re Multi-Piece Rim Prod. Lia. Lit.

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 5/23/79 | 57 | RESPONSE--Plymouth Van Lines, Inc. w/cert. of svc. (ea) |
| 5/23/79 | 58 | RESPONSE--James L. Monroe, et al. w/cert. of svc. (ea) |
| 5/24/79 | | HEARING ORDER--setting (C-30, C-31, C-34 and C-35) for hearing held in Boston, Mass. on 6/22/79. (ea) |
| 5/25/79 | 59 | RESPONSE--pltfs. Buckingham, et al. w/cert. of svc. (ea) |
| 6/8/79 | 60 | MOTION/MEMORANDUM TO VACATE CTO (C-34) -- Birriel Correa, et al. -- w/cert. of svc.   (emh) |
| 6/8/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-36 Artie Little v. Harvey Shelton, et al., W.D. Ark., Civil Action No. 79-1039<br>NOTIFIED INVOLVED COUNSEL AND JUDGES      (emh) |
| 6/18/79 | | WAIVERS OF ORAL ARGUMENT for hearing held 6/22/79 in Boston Mass. -- Adeal Mixson, Armando Birriel Correa, et al. and Plaintiffs Steering Committee. (ea) |
| 6/18/79 | | HEARING  APPEARANCES for hearing held 6/22/79 in Boston, Mass. -- Wilson W. Herndon, Esq. for General Motors Corp; Robert R. Raymond, Esq. for Kelsey-Hayes Co.; Charles E. Nichols, Esq. for James L. Monroe and All-States Moving and Storage Co. (ea) |
| 6/18/79 | 61 | NOTICE OF OPPOSITION -- Pltf. Artie Little  (emh)<br>C-36 Artie Little v. Harvey Shelton, et al., W.D. Arkansas, C.A. No. 79-1039 |
| 6/18/79 | | APPEARANCE -- Joseph A. Sherman, Esq. for Michelin Tire Corp.(rew) |
| 6/28/79 | 62 | REQUEST FOR EXTENSION OF TIME -- Plaintiff Artie Little -- Granted to and including July 10, 1979 (cds) |
| 7/10/79 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-36 Little v. Harvey Shelton, et al., W.D. Arkansas, C.A. No. 79-1039. Notified involved counsel, clerks and judges. (ea) |
| 7/20/79 | | ORDER -- Denying motion for reconsideration of C-23 Beatrice Mixson v. General Motors Corp.,etal.,W.D.MO.,C.A.No.79-0340 -- transferring C-30 Adeal Mixson v. General Motors Corp., etal.,D.S.Car.,C.A.No. 79-370 to the W.D.Mo.; -- Vacating CTO in C-31 Parlett,etc.,etal. v. The Firestone Tire and Rubber Co.,S.D.Tex.,C.A.No. H-79-2 and C-34 Correa, etal. v Chrysler Corp.,etal.,D.Puerto Rico,C.A.No.76-770; -- Denying motion for transfer of C-35 Buckingham,etal. v. Monroe, etal.,E.D.N.Car.,C.A.No. 989. Notified involved counsel, clerks and judges. (ea) |
| 7/25/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY --<br>D-37 Creel v. Goodyear, S.D.Miss., C.A. No. S79-0217(R)<br>D-38 Wheelock, et al. v. Goodyear, N.D.N.Y., No. 79 Civ. 134<br>D-39 Jenson, et al. v. Firestone, N.Dak., C.A. No. A3-79-83<br>D-40 Jackson v. Firestone, S.C., C.A. No. 79-913<br>D-41 Cannon, et al. v. Ford Motor Co., E.D.Tex.,  B-79-320-CA<br>     NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |

Case MDL No. 362   Document 1   Filed 05/04/15   Page 10 of 55

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **362** -- In re Multi-Piece Rim Products Liability Lit.

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 8/3/79 | 63 | NOTICE OF OPPOSIITON TO CTO (D-41) - Shirley Cannon, et al. v. Ford Motor Co., et al., E.D. Texas, C.A. No. B-79-320-CA -- Defendant The Budd Company -- w/cert. of service (cds) |
| 8/3/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-42 Edward Campbell v. The Goodyear Tire & Rubber Co.,et al. D.Kansas, C.A. No. 79-1314 -- NOTIFIED INVOLVED COUNSEL AND JUDGES (ea) |
| 8/9/79 | 64 | NOTICE OF OPPOSITION TO CTO (This is the second opp. in D-41) Defendant Ford Motor Co. (cds) |
| 8/10/79 | | ORDER signed by Judge Howard G. Munson, N.D.N.Y.,dated 8/2/79 granting pltfs. leave to amend their complaint within 30 days -- D-38 Wheelock,Sr.,etal. v. Goodyear Tire & Rubber Co.,Inc.,etal., N.D.N.Y., C.A.No. 79-Civ.134. (ea) |
| 8/10/79 | | ORDER EXTENDING TIME ON CTO -- D-38 Wheelock, Sr., etal. v. Goodyear Tire & Rubber Co.,Inc., etal.,N.D.N.Y.,C.A.No. 79-Civ.134 -- Notified involved counsel,clerks and judges.(ea) |
| 8/10/79 | 65 | NOTICE OF OPPOSITION -- (D-41) Shirley Cannon, et al. v. Ford Motor Co., et al. E.D. Texas, C.A. No. B-79-320-CA -- Pltf. Shirley Cannon -- w/svc. (emh) |
| ~~8/10/79~~ | ~~T~~ | ~~RESPONSE -- General Tire & Rubber Co. -- w/svc. (emh)~~ |
| 8/10/79 | 66 | RESPONSE -- General Tire & Rubber Co. -- w/svc. (emh) |
| 8/10/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-37 Creel v. Goodyear, S.D.Miss., C.A. No. S79-0217(R) **D-39 Jenson, et al.** v. Firestone, N.Dak., C.A. No. A3-79-83 D-40 Jackson v. Firestone, S.Carolina, C.A. No. 79-913 NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 8/13/79 | 67 | MOTION/BRIEF TO VACATE CTO - (D-41) Shirley Cannon, et al. v. Ford Motor Co., et al., E.D. Texas, C.A. No. B-79-320-CA -- defendant The Budd Co., Inc. -- w/cert. of svc. (emh) |
| 8/21/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-42 Campbell v. Goodyear, et al., D.Kansas, C.A.No. 79-1314 -- Notified involved judges and clerks (cds) |
| 8/22/79 | 68 | MOTION/BRIEF TO VACATE CTO (D-41) Cannon v. Ford, et al., E.D. Texas, C.A. No. B-79-320-CA -- Plaintiff Cannon -- w/cert. of service (cds) |
| 8/23/79 | 69 | MOTION/BRIEF TO VACATE CTO (D-41 Cannon v. Ford, et al., E.D. Texas, C.A. No. B-79-320-CA -- Def. Ford Motor Co. -- w/cert. of serv. (cds) |
| 8/27/79 | 70 | MOTION TO VACATE CTO (D-41) -- Defendant Seiscom Delta, Inc. -- w/cert. of service (cds) |
| 9/17/79 | | ORDER -- Further extending time on CTO (D-38) Wheelock, et al. v. Goodyear Tire & Rubber, N.D. N.Y., C.A.No. 79 Civ 134 (emh) **For fifteen days only** (emh) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **362** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 9/28/79 | | HEARING ORDER -- setting D-41 for hearing on 10/25/79 in New York, New York. (ea) |
| 10/3/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. D-38 Wheelock, Sr., etal. v. Goodyear Tire & Rubber Co.,Inc., etal.,N.D.N.Y., C.A.No. 79-CV-134. Notified involved clerks and judges.(ea) |
| 10/4/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-43) Thomas Harvey, et al. v. Kelsey-Hayes Co., et al., W.D.N.Y., C.A. No. Civ-79-0623 -- Notifed inv. judges and counsel(cs) |
| 10/18/79 | | HEARING APPEARANCES -- Gilbert T. Adams, Jr., Esq. for Shirley Cannon; William C. Slusser, Esq. for Ford Motor Co.; Kyle Wheelus, Jr., Esq. for The Budd Co.; Hubert Oxford, III,Esq for Seiscom Delta, Inc. (ea) |
| 10/19/79 | | WAIVER FOR ORAL ARGUMENT -- General Motors Corp.; Lead and Liaison counsel for pltfs.   (ea) |
| 10/22/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. D-43 Harvey, etal. v. Kelsey-Hayes Co., et al., W.D.N.Y., C.A.No. Civ-79-0623. Notified involved clerks and judges. (ea) |
| 10/26/79 | | WAIVER OF ORAL ARGUMENT -- Ford Motor Co. (ea) |
| 10/26/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-44 Cowley, etc. v. Goodyear Tire Co., et al., D. Nevada, C.A. No. CV-R-79-199-HEC NOTIFIED INVOLVED COUNSEL AND JUDGES     (emh) |
| 79/11/08 | | ORDER VACATING CTO (D-41) Cannon, etc. v. Ford, et al., E.D.Texas, C.A. No. B-79-320-CA -- Notified involved counsel, clerks and judges  (cds) |
| 79/11/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (D-44) Cowley, etc. v. Goodyear Tire & Rubber Co., et al., D. Nev., C.A. No. CV-R-79-199-HEC -- Not. inv. judges & clerks |
| 79/12/28 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-46 Belloma v. Firestone Tire & Rubber Co., S.D. Iowa, C.A. No. 79-460-C D-47 Smoak v. Firestone Tire & Rubber Co., D. S.C., C.A. No. 79-2073-8 NOTIFIED COUNSEL AND JUDGES  (emh) |
| 80/01/11 | 71 | REQUEST FOR EXTENSION OF TIME to file opposition to CTO -- D-46 Belloma v. The Firestone Tire & Rubber Co.,S.D.Iowa, C.A. No. 79-460-C -- pltf. Belloma -- GRANTED to and including Jan. 18, 1980. (ea) |
| 80/01/14 | 72 | RESPONSE TO EXTENSION OF TIME -- The Firestone Tire & Rubber Co.  (ea) |
| 80/01/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-47 Smoak v. Firestone Tire & Rubber Co., et al., D.S.C.,C.A.No. 79-2073-8 --Notified involved clerks and judges. (ea) |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p. *10*

DOCKET NO. 362 -- *Multi-Piece Rim*

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 80/01/18 | 73 | NOTICE OF OPPOSITION -- D-46 Belloma v. Firestone, S.D.Iowa C.A. No. 79-460-C -- Pltf. Belloma w/cert. of svc. (ea) |
| 80/01/21 | 74 | NOTICE OF OPPOSITION - D-46 Belloma v. Firestone, S.D. Iowa C.A. No. 79-460-C - Def. Firestone (cds) |
| 80/01/22 | 75 | MOTION FOR TRANSFER OF A TAG-ALONG -- D-48 Katherine Harmon v. Allied Van Lines, Inc., et al., E.D.Texas, C.A. No. S-79-16-CA -- Plaintiff w/supporting brief, exhibits A through F, and cert. of serv. (cds) |
| 80/01/23 | 76 | RESPONSE IN OPPOSITION TO MOT. TO TRANSFER OF TAG-ALONG -- Deft. Goodyear w/cert. of svc.          (ea) |
| 80/01/28 | 77 | BRIEF, CERT. OF SVC. -- Allied Van Lines.    (ea) |
| 80/01/28 |  | CERT. OF SERVICE (Pleading No. 75) -- Pltfs.    (emh) |
| 80/01/30 | 78 | RESPONSE, EXHIBIT, CERT.OF SVC. -- Pltfs' Steering Comm.(ea |
| 80/02/01 | 79 | RESPONSE/BRIEF (to Pldg. 77) -- Plaintiffs' Steering Committee -- w/cert. of serv. (cds) |
| 80/02/04 | 80 | MOTION TO VACATE CTO (D-46) -- Plaintiff Belloma -- w/cert. of service (cds) |
| 80/02/04 |  | AMENDED CERTIFICATE OF SERVICE (Attached to Pldg. No. 78) -- Plaintiffs Steering Committee  (cds) |
| 80/02/06 | 81 | MOTION TO VACATE CTO (D-46) -- Def. Firestone  (cds) |
| 80/02/06 | 82 | REPLY TO GOODYEAR -- Pltf. Harmon -- w/cert. of serv |
| 80/02/06 | 83 | REPLY TO ALLIED VAN LINES -- Pltf. Harmon -- w/cert. of serv. (cds) |
| 80/02/07 | 84 | RESPONSE TO PLEADING NO. 78 -- Allied Van Lines -- w/cert. of service (cds) |
| 80/02/11 |  | AMENDED CERT. OF SERVICE --(Attached to Pldg. # 81) -- Defendant Firestone  (cds) |
| 80/02/11 |  | HEARING ORDER -- Opposition to CTO (D-46) Belloma v. Fire-stone, S.D. Iowa, 79-460-C -- Set for February 28, 1980 hearing in Washington, D.C.  (cds)  Also set for hearing Motion to Transfer (D-48) Harmon, et al. v. Allied Van Lines, et al., E.D.Tex., S-79-16-CA (cds) |
| 80/02/19 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-49 Lyons v. Firestone, D.Kansas, C.A. No. 80-2029 -- NOTIFIED INVOLVED COUNSEL AND JUDGES (cds) |

*11*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **362** --  _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/02/28 | | WAIVERS FOR HEARING 2/28/80 WASHINGTON, D.C.<br>    General Motors Corp. by Wilson W. Herndon, Esq.<br>    Firestone Tire & Rubber Co. by David Charles, Esq.<br>    Sammy Belloma by James Carney, Esq. |
| 80/02/28 | | HEARING APPEARANCES FOR 2/28/80 HEARING WASHINGTON,D.C.<br>XXXXXXXXXXXXXXXXXRESPONSEXTOXXMOTIONXTOXVACATEXCT<br>    Allied Van Lines, Inc. by Catherine A. Gerhauser, Esq.<br>                               (rew)<br>    Goodyear Tire & Rubber Co. by Alvin D. Shapiro, Esq.<br>    Katherine Annette Harmon, et al. by Jim Jameson, Esq. |
| 80/02/29 | | **APPEARANCE -- James H. Holmes, III, Esq for Allied Van Lines (rew)** |
| 80/03/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (D-49) Charles W.<br>    Lyons v. Firestone Tire & Rubber Co., D.Kansas, C.A.<br>    No. 80-2029 -- Notified inv. judges and clerks (cds) |
| 80/03/10 | 85 | LETTER -- Deft. Goodyear Tire & Rubber Co. (emh) |
| 80/03/14 | 86 | LETTER -- Plaintiffs Liason Counsel (signed by Risjord) --<br>    w/Protective Order   (emh) |
| 80/03/18 | | ORDER -- vacating CTO in D-46 Belloma v. The Firestone<br>    Tire & Rubber Co.,S.D.Iowa,C.A.No.79-460-C and denying<br>    motion for transfer of D-48 Harmon, etal. v. Allied Van<br>    Lines,Inc.,etal.,E.D.Texas,C.A.No. S-79-16-CA. Notified<br>    involved counsel, clerks, judges, recipients.  (ea) |
| 80/03/24 | 87 | LETTER -- Goodyear Tire & Rubber Co.  (emh) |
| 80/03/26 | 88 | MOTION TO TRANSFER TAG-ALONG ACTIONS -- (D-50) James,<br>    et al. v. Firestone Tire & Rubber, et al., N.D. Georgia,<br>    C.A. No. 80-375-A; (D-51) Ramey v. Firestone Tire &<br>    Rubber Co., et al., N.D. Georgia, C.A.No. 80-376-A --<br>    filed by pltfs. James & Ramey -- w/cert. of svc.  (emh) |
| 80/03/31 | | **AMENDED CERTIFICATE OF SERVICE (Attached to Pldg 88) --**<br>    **Plaintiffs James & Ramey (cds)** |
| 80/04/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (D-52) Robert J.<br>    Bowers, et al. v. The Firestone Tire & Rubber Co.,<br>    N.D.Texas, CA 7-80-09; and Theodora Parrott, etc. v.<br>    Goodyear Tire & Rubber Co., et al., S.D. Ind.,<br>    IP 80 267C -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cs |
| 80/04/09 | 89 | REQUEST FOR EXTENSION OF TIME -- Goodyear -- GRANTED to and<br>    including April 23, 1980.   (ea) |
| 80/04/09 | 90 | RESPONSE, CERT. OF SVC. -- Kelsey-Hayes Co. for (D-50/51)ea |
| 80/04/10 | 91 | REQUEST FOR EXTENSION OF TIME -- Firestone Tire & Rubber Co<br>    GRANTED to and including Apr. 23, 1980.   (ea) |
| 80/04/10 | 92 | RESPONSE, CERT.OF SVC. -- General Motors Corp. (ea) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **362** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/04/11 | 93 | REQUEST FOR EXTENSION OF TIME -- Budd Company -- GRANTED to and including April 23, 1980 (cds) |
| ~~80/04/14~~ | ~~94~~ | ~~MOTION FOR TRANSFER OF TAG-ALONG ACTION -- D-56 Whittington Jr., etal. v. The Firestone Tire and Rubber Co.,etal., E.D. Tex., C.A.No. TY80-105-CA - w/cert. of svc. -- (ea)~~ |
| 80/04/14 | 94 | MOTION FOR TRANSFER OF TAG-ALONG ACTION -- D-56 Whittington Jr., etal. v. The Firestone Tire and Rubber Co.,etal., E.D. Tex., C.A.No. TY80-105-CA - w/cert. of svc. -- (ea) |
| 80/04/17 | 95 | NOTICE OF OPPOSITION -- deft. Firestone (D-53) Parrott v. Goodyear, et al. (ds) |
| 80/04/17 | 96 | LETTER WITHDRAWING PLGD. NO. 94 MOT. TO TRANSFER D-56 Whittington, and REQUEST FOR CTO. Pltf. Whittington w/cert. of svc. (ea) |
| 80/04/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. D-52 Bowers v. Firestone, N.D. Texas, C.A. No. CA 7-80-09. Notified involved Clerks and Judges. (ds) |
| 80/04/22 | 97 | RESPONSE, CERT. OF SVC.--Deft. The Budd Co. (ds) |
| 80/04/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-56 Whittington, Jr., et al. v. Firestone Tire & Rubber Co., et al., E.D.Texas, C.A. No. TY-80-105-CA NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 80/04/23 | 98 | RESPONSE -- Goodyear Tire and Rubber Co. -- w/Cert. of Svc. |
| 80/04/23 | 99 | RESPONSE -- Firestone Tire & Rubber Co. --w/Cert. Svc. (ds) |
| 80/04/24 | 100 | MOTION, BRIEF, CERT. OF SVC., ATTACHMENT -- Goodyear Tire & Rubber Co. -- D-53 Parrott v. Goodyear, et al., S.D.Ind C.A. No. IP-80-267C. (ea) |
| 80/05/01 | 101 | MOTION, BRIEF TO VACATE CTO (D-53) Parrott v. Goodyear, et al. -- Firestone -- w/cert. of serv.(cds) |
| 80/05/05 | 102 | RESPONSE TO FIRESTONES MOTION -- Plaintiff Parrott -- w/cert. of service (cds) |
| 80/05/05 | 103 | RESPONSE TO GOODYEARS MOTION -- Plaintiff Parrott -- w/cert. of service (cds) |
| 80/05/07 | 104 | NOTICE OF OPPOSITION (D-56) Whittington, et al. v. Firestone Tire & Rubber, et al., E.D.Tex., TY-80-105-CA -- Deft. General Motors Corp. (emh) |
| 80/05/08 | 105 | NOTICE OF OPPOSITION (D-56) -- Deft. The Budd Co. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **362** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/05/15 | 106 | FIRESTONE TIRE & RUBBER OPPOSITION TO TRANSFER OF D-56 Whittington v. Firestone Tire & Rubber Co., E.D.Tex., C.A. No. TY-80-105-CA -- w/cert. of svc.  (emh)x̶D̶e̶x̶x̶x̶ |
| 80/05/20 | 107 | MOTION/BRIEF TO VACATE CTO (D-56, Whittington v. Firestone, E.D.Tex., TY-80-105-CA) -- w/cert. of svc. -- filed by The Budd Co. (emh) |
| 80/05/22 | 108 | MOTION TO VACATE CTO (D-56) -- General Motors Corp. -- w/cert. of svc.  (emh) |
| 80/05/23 | | AMENDED CERT. OF SVC. (Pleading No. 106) -- Firestone Tire & Rubber Co.  (emh) |
| 80/05/23 | | HEARING ORDER -- Setting Opposition to Transfer in (D-53) Parrott and (D-56) Whittington AND Motions for transfer of (D-50) James, et al. and (D-51) Ramey -- Boston Mass., June 26, 1980  (cds) |
| 80/06/20 | 109 | RESPONSE TO MOTION TO VACATE CTO -- Plaintiff Whittington w/cert. of service  (cds) |
| 80/06/25 | | HEARING APPEARANCES -- John C. Risjord for James & Ramey; Leonard E. Davis for Donald H. Whittington; William Freivogel or John B. Carothers for The Firestone Tire & Rubber Co.; Alvin D. Shapiro for Goodyear Tire & Rubber Co.; Thomas J. Weatley for The Budd Co.;  Wilson W. Herndon for General Motors Corp.  (emh) |
| 80/06/25 | | WAIVER OF ORAL ARGUMENT:  Theodora Parrott     (emh) |
| 80/07/11 | | TRANSFER ORDER -- transferring D-50 James, etal. v. Firestone, et al., N.D.Ga.,C.A.No. C80-375A; D-51 Ramey v. Firestone, etal., N.D.Ga.,C.A.No. C80-376A; D-53 Parrott, etc. v. Goodyear, etal., S.D.Ind.,C.A.No. IP-80-267C; D-54 Whittington, Jr.,etal. v. Firestone, etal., E.D.Tex., C.A.No. TY80-105 to the W.D.Mo. for coordinated or consolidated pretrial proceedings. Notified involved counsel, clerks, and judges. (ea) |
| 80/07/11 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-55 Tripp v. Firestone, D.N.H., C.A.No. C80-186L and D-56 Jackson, Jr. v. Firestone, etal., N.D.Tex.,C.A.No. CA3-80-816-G. Notified involved counsel and judges. (ea) |
| 80/07/22 | 110 | NOTICE OF OPPOSITION -- D-56 Jackson, Jr. v. Firestone, et al., N.D.Tex., C.A.No. CA3-80-816-G -- General Tire & Rubber Co.  (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/07/28 | 111 | NOTICE OF OPPOSITION -- D-55 Tripp v. Firestone, D.New Hamp., 80-186-L;  D-56 Jackson v. Firestone, N.D. Texas, CA3-80-0816-G -- Firestone Tire and Rubber Company (emh) |
| 80/08/04 | 112 | MOTION TO VACATE, BRIEF, CERT. OF SVC. -- D-56 Jackson v. Firestone, N.D. Tex., C.A.No. CA3-80-816-G.  Deft. General Tire & Rubber Co. (ea) |
| 80/08/08 | | AMENDED PROOF OF SVC. -- for pleading 112 -- Deft. General Tire & Rubber Co. (ea) |
| 80/08/08 | 113 | MOTION TO VACATE, BRIEF, CERT. OF SVC., EXHIBITS -- D-55 Tripp v. Firestone, D.N.H., C.A.No. C80-186L and D-56 Jackson v. Firestone, etal., N.D.Tex., C.A.No. CA3-80-816 -- filed by Deft. Firestone Tire & Rubber Co.       (ea) |
| 80/08/11 | | CONDITONAL TRANSFER ORDERS FILED TODAY -- D-58 Ida Mae Mae Bridges, etc. v. Firestone, et al., M.D.Fla., C.A. No 80-348-Orl-Civ-R; and D-59 Mark W. Smith v. Goodyear, D.Kansas, C.A. No. 80-2186 -- NOTIFIED INVOLVED JUDGES & COUNSEL (cds) |
| 80/08/13 | | AMENDED CERT. OF SVC. -- for pleading no. 113 -- Deft. Firestone Tire & Rubber Co.    (ea) |
| 80/08/21 | | HEARING ORDER -- setting D-55 & D-56 for hearing on Sept. 25, 1980 in Nashville, Tenn.      (ea) |
| 80/08/22 | 114 | NOTICE OF OPPOSITION -- D-58 Bridges, etal. v. Firestone, M.D.Fla.,C.A.No. 80-348-Orl-Civ-R -- The Budd Co. w/cert. of svc.    (ea) |
| 80/08/22 | 115 | NOTICE OF OPPOSITION -- D-58 Bridges, etal. v. Firestone, M.D.Fla.,C.A.No. 80-348-Orl-Civ-R -- The Firestone Tire & Rubber Co. w/cert. of svc.     (ea) and D-59 - Mark Smith v. Goodyear, D.Kans., 80-2186 (cds) |
| 80/08/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-59 Smith v. The Goodyear Tire & Rubber Co., D. Kansas, C.A. No. 80-2186.  Notified involved clerks & judges. (ds) |
| 80/09/04 | 116 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER D-58 Ida Mae Bridges, etc. v. Firestone, et al., M.D. Fla., C.A. No. 80-348-Orl-Civ-R -- The Budd Co. -- w/Brief & serv. (cds) |
| 80/09/05 | 117 | MOTION TO VACATE CONDITIONAL TRANSFER ORDERS D-58 Bridges v. Firestone, et al., M.D. Fla., 0-34-Orl-Civ-R; and D-59 Mark W. Smith v. Goodyear, D.Kans., 80-2186 -- Firestone -- w/Exhibits A and B and cert of serv. (cds) |

JPML FORM 1A

P. 15

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/09/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-60 Nevada Industrial Comm. v. Firestone Tire & Rubber Co., et al., D. Nevada, C.A.No. CV-R-80-126-BRT NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 80/09/15 | 118 | SUGGESTION IN SUPPORT OF MOTION FOR TRANSFER OF D-58 Bridges -- Plaintiff Bridges --w/cert. of serv. (cds) |
| 80/09/16 | 119 | RESPONSE (to Pldg. No. 113) -- Plaintiff Jackson -- w/Exhibit and cert. of service  (cds) |
| 80/09/23 | | HEARING APPEARANCES:  WILLIAM FREIVOGEL, ESQ. for Firestone Tire & Rubber Co.;  WILLIAM T. CATTERTON, ESQ. for Oscar Jackson, Jr. (cds) |
| 80/09/23 | | WAIVER OF ORAL ARGUMENT -- Elton Tripp (Pltf.)(cds) |
| 80/09/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-60 Nevada Industrial Comm v. Firestone Tire & Rubber Co., et al., D.Nevada, C.A. No. CV-R-80-126-BRT NOTIFIED CLERKS AND JUDGES.  (emh) |
| 80/09/25 | 120 | MOTION, SUGGESTIONS IN SUPPORT OF MOTION TO TRANSFER (D-61 Robert Blanton v. Goodyear, S.D.W.Va., 79-2341) -- Pltf. Robert Blanton -- w/cert. of serv. (cds) |
| 80/10/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY. D-62 Bond v. Firestone Tire & Rubber Co., etal., N.D.Ill., C.A.No. 80-4063. Notified involved counsel and judges. (ea) |
| 80/10/06 | | TRANSFER ORDER -- transferring D-55 Elton C. Tripp v. Firestone Tire & Rubber Co., D. New Hampshire, C.A. No. C80-186L and D-56 Oscar Jackson v. Firestone Tire & Rubber Co., et al., N.D. Texas, C.A. No. CA-3-80-0816-G pursuant to 28 U.S.C. §1407. (emh) |
| 80/10/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-63 Todd J. Farr v. Firestone Tire & Rubber Co., et al., D. Utah, C.A. No. C-80-0549A NOTIFIED INVOLVED COUNSEL AND JUDGES.  (emh) |
| 80/10/14 | 121 | REQUEST FOR EXTENSION OF TIME -- Goodyear Tire & Rubber Co. -- GRANTED TO GOODYEAR TO AND INCLUDING October 23, 1980 -- Notified involved counsel (cds) |
| ~~80/10/17~~ | | ~~CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-58 Bond v. Firestone Tire & Rubber Co. etal., N.D.Ill. C.A. No. 80-4063 -- Notified counsel and judges~~ (ea) |
| 80/10/17 | 122 | NOTICE OF OPPOSITION -- D-62 Bond v. Firestone Tire & Rubber Co., etal., N.D.Ill., C.A.No. 80-4063 -- filed by Firestone Tire & Rubber Co. w/cert. of svc. (ea) |

JPML FORM 1A - Continuation                  DOCKET ENTRIES -- p. 16

DOCKET NO. 362 -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 80/10/23 | 123 | RESPONSE -- deft. The Goodyear Tire & Rubber Company w/cert. of svc. (ds)  For Robert Blanton v. The Goodyear Tire & Rubber Co., S.D. W. Virginia, C.A. No. 79-2341.  (ds) |
| 80/10/27 | 124 | NOTICE OF OPPOSITION -- D-63 Farr v. The Firestone Tire & Rubber Co., D. Utah, C.A. No. C-80-0549A -- filed by The Budd Company. (ds) |
| 80/10/27 | 125 | NOTICE OF OPPOSITION -- D-63 Farr v. The Firestone Tire & Rubber Co., D. Utah, C.A. No. C-80-0549A -- filed by Kelsey-Hayes Company. (ds) |
| 80/10/27 | 126 | NOTICE OF OPPOSITION -- D-63 Farr v. The Firestone Tire & Rubber Co., D. Utah, C.A. No. C-80-0549A -- filed by The Goodyear Tire & Rubber Company. (ds) |
| 80/10/28 | 127 | NOTICE OF OPPOSITION -- D-63 Farr v. The Firestone Tire & Rubber Co., D. Utah, C.A. No. C-80-0549A -- filed by The Firestone Tire & Rubber Company w/cert. of svc. (ds) |
| 80/11/03 | 128 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (D-62) Bond v. Firestone, N.D. Ill, C.A. 80-4063 -- Second Brief also Exhibits A,B,&C -- Firestone Tire and cert. of service                                (rew) |
| 80/11/05 |  | HEARING ORDER -- Setting oppositions of certain defts. to conditional transfer orders in D-58 Bridges and D-59 Smith and motion of plaintiff D-61 Blanton to transfer. Hearing set for West Palm Beach, Fla. on Dec. 9, 1980. Notified counsel and clerks, and judges.          (rew) |
| 80/11/10 | 129 | RESPONSE (Re: D-62) -- Pltf. Elmer Bond -- w/Brief and cert. of svc.  (emh) |
| 80/11/10 | 130 | MOTION/BRIEF TO VACATE CTO -- (D-62) -- Deft. Kelsey-Hayes Co. -- w/cert. of svc.  (emh) |
| 80/11/12 | 131 | MOTION TO VACATE CTO -- (D-63 Farr v. Firestone) -- Deft. The Budd Co. -- w/Brief and cert. of svc. (emh) |
| 80/11/12 | 132 | REQUEST FOR EXTENSION OF TIME TO FILE A MOTION TO VACATE TO CTO (D-63) -- Goodyear Tire & Rubber Co. -- GRANTED to and including 11/25/80  (emh) |
| 80/11/17 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-64 Fullone, Adm v. Goodyear Tire & Rubber Co., W.D.N.Y., C.A.No. Civ-80-1015 -- Notified involved counsel and judges.(ea) |
| 80/11/17 |  | ORDER TO SHOW CAUSE -- D-65 Benjamin Erwin v. Atlas Supply Co., et al., S.D.Miss., C.A.No. J80-420(N)  (emh) |

JPML FORM 1A                                                    P. 17

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 -- In re Multi-Piece Rim Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/11/19 | 133 | MOTION TO REMAND - A-13 Patrick Dupuis v. Firestone Tire & Rubber Co., W.D.Mo., C.A. No. 79-0088-CV-W2 (D.N. Hamp., C-76-321) -- Pltf. Dupuis -- w/Brief and cert. of svc.  (emh) |
| 80/11/24 | 134 | RESPONSE/BRIEF (Re: D-63) -- Pltf. Todd J. Farr -- w/cert. of svc.  (emh) |
| 80/12/1 | 135 | LETTER -- deft. Goodyear -- dated 11/24/80 stating entent not to file motion & brief on behalf of Goodyear for Farr.  (ds) |
| 80/12/1 | 136 | LETTER -- deft. Goodyear dated 11/24/80 re Goodyear with-drawal of opposition to transfer--service indicated. (ds) |
| 80/12/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-66 Leva, et al. v. General Motors Corp., E.D. Pennsylvania, C.A. No. 80-3247.  Notified involved counsel and judges. (ds) |
| 80/12/02 | 137 | RESPONSE TO ORDER TO SHOW CAUSE (D-65 Erwin) -- Budd Co. -- w/cert.of service (cds) |
| 80/12/03 | 138 | REQUESTFOR EXTENTION OF TIME -- pltf. Benjamin Erwin -- Granted to 12/8/80.  Notified involved counsel. (ds) |
| 80/12/05 | 139 | NOTICE OF OPPOSITION (D-64) Christine Fullone, Adm. v. Goodyear Tire & Rubber Co. -- Defendant Goodyear -- w/cert. of service  (cds) |
| 80/12/05 | | HEARING APPEARANCES:  RONNIE H. WALKER, ESQ. FOR Ida Mae Bridges(cds) |
| 80/12/05 | | WAIVER OF ORAL ARGUMENT:  Firestone Tire and Rubber Co.; and COUNSEL RISJORD (cds) |
| 80/12/08 | 140 | RESPONSE TO ORDER TO SHOW CAUSE -- D-65 Erwin -- pltf. Benjamin Erwin w/cert. of svc. (ds) |
| 80/12/16 | 141 | NOTICE OF OPPOSITION (D-66) Leva, et al. -- deft. General Motors Corporation w/cert. of svc. (ds) |
| 80/12/18 | | TRANSFER ORDERS -- transferring D-58 Ida Mae Bridges, etc. v. Firestone Tire & Rubber Co., et al., M.D. Florida, C.A. No. 80-348-Orl-Civ-R; D-59 Mark William Smith v. The Firestone Tire & Rubber Co., D. Kansas, C.A. No. 80-2186; D-61 Robert Blanton v. The Goodyear Tire & Rubber Co., S.D. West Virginia, C.A. No. 79-2341 pursuant to 28 U.S.C. §1407. (ds) |
| | | XXXXMXXXXXBMXIXXEXXXIXXXXXMXIXMXXXBRIXRXXXEXXRXXXXEXXXXXXXXBMMMXBMXXIXMXXXMMBMXKXEXXX |
| | | XXBMXIXXEXXXIXXXXXMXIXMXXXBRIXRXXXEXXRXXXXEXXXXXXXXBMMMXBMXXIXMXXXMMBMXKXEXXXXXXXXX |
| 80/12/19 | 142 | MOTION, BRIEF, Cert. of Svc. -- Goodyear Tire & Rubber Co. (local counsel) to vacate D-64                                     (rew) |

JPML FORM lA - Continuation                    DOCKET ENTRIES -- p. __/8__

⊕

DOCKET NO. ____ -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| | | *(D-66)* |
| 80/12/24 | 143 | REQUEST FOR EXTENSION OF TIME -- deft. General Motors Corp. Granted to and including 1/9/81 to General Motors Corp. Notified involved counsel. (ds) |
| 81/01/09 | 144 | MOTION TO VACATE CTO (D-66 Antonio Leva, et al., E.D.Pa., C.A. No. 80-3247 -- w/cert. of service (cds) --by General Motors |
| 81/01/15 | 145 | RESPONSE (to pldg. 142) -- (D-64) Plaintiffs Christine Fullone, et al. -- w/cert. of service (cds0 |
| 81/01/26 | 146 | RESPONSE (to pldg. 144) -- Pltf. Antonio Leva -- w/Brief and cert. of service (cds) |
| 81/01/23 | | HEARING ORDER:  Setting Opposition to transfer of (D-62) Bond, (D-63) Farr, (D-64) Fullone, and (D-66) Leva, et al.;  Order to Show Cause in (D-65) Erwin AND Motion to Remand (A-13) Dupuis for Panel Hearing on February 26, 1981 in San Antonio, Texas  (cds) |
| 81/01/27 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-67 McNeary, et al. v. General Motors Corp., E.D. Missouri, C.A. No. 80-1577-C (A); D-68 Presley v. Firestone Tire & Rubber Co., et al., N.D. Mississippi, C.A. No. 80-152-LS-O. Notified involved counsel and judges. (ds) |
| 81/02/11 | 147 | NOTICE OF OPPOSITION -- D-68 Presley v. Firestone, N.D.Miss., C.A. No. 80-152-LS-O -- Firestone Tire & & Rubber Co.  (emh) |
| 81/02/11 | 148 | NOTICE OF OPPOSITION -- D-68 -- General Motors Corp. (emh) |
| 81/02/11 | 149 | NOTICE OF OPPOSITION -- D-68 -- Pltf. Presley (emh) |
| 81/02/11 | 150 | NOTICE OF OPPOSITION -- D-67 McNeary, et al. v. General Motors Corp., E.D. Mo., C.A. No. 80-1577-C-(A) -- General Motors Corp.  (emh) |
| 81/02/13 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-69 Barrymore v. The Firestone Tire & Rubber Co., D. S. Carolina, C.A. No. 80-2249-3; D-70 Dick v. The Goodyear Tire & Rubber Co., D. Kansas, C.A. No. 81-1025.  Notified involved counsel and judges. (ds) |
| 81/02/17 | 151 | NOTICE  OF MOOTNESS (Re: D-66) -- General Motors Corp. -- w/svc.  (emh) |
| 81/02/19 | 152 | RESPONSE (Re: D-63) -- Goodyear Tire & Rubber Co. -- w/Exhibits and cert. of svc.  (emh) |
| 81/02/23 | 153 | RESPONSE (D-66 Leva, etal.) -- Antonio Leva, et al. -- w/cert. of svc.     (ea) |

*page 19*

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362  --  In re Multi-Piece Rim Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/02/25 | | HEARING APPEARANCES -- Stephen I. Weiss, Esq. for Antonia Leva, et al.; Ernest R. Higginbotham, Esq. for General Motors Corporation (ds) |
| 81/02/24 | | WAIVER OR ORAL ARGUMENT -- Kenneth C. Brown, Esq. for Patrick Dupuis; Robert L. Logel for Elmer Bond; Geoffrey R. Meyers for Todd J. Farr; James W. Nobles, Jr., Esq. for Benjamin Erwin; Joseph M. David, Jr., Esq. for The Goodyear Tire & Rubber Co.; John C. Risjord (LC) for plaintiffs; John B. Carothers III, Esq. for The Firestone Tire & Rubber Co.; Edward J. Wagner, Esq. for Christine Fullone (ds) |
| 81/02/26 | 154 | MOTION TO VACATE CTO (Re: D-68) -- General Motors Corp. -- w/cert. of svc. (emh) |
| 81/02/26 | 155 | MOTION TO VACATE CTO (Re: D-67) -- General Motors Corp. -- w/cert. of svc. (emh) |
| 81/02/26 | 156 | SUPPLEMENTAL REPLY -- Pltf. Christine Fullone -- w/Order filed in W.D. New York (emh) |
| 81/03/03 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-69 Barrymore v. Firestone, D.S.C., C.A.No. 80-2249-3 D-70 Dick v. Goodyear, D.Kansas, C.A. No. 81-1025 Notified involved clerks and judges. (ea) |
| 81/03/03 | 157 | LETTER, CERT. OF SVC. (Re: D-68) -- Signed by Ben Todd,Esq. on behalf of plaintiffs. (ea) |
| 81/03/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-71 Vivian Fonseca, etc. v. Firestone Tire & Rubber Co., et al., S.D. Fla., C.A. No. 81-8001-Civ-NCR NOTIFIED COUNSEL AND JUDGES. (emh) |
| 81/03/11 | | ORDER -- Transferring D-62 Bond v. Firestone, D-63 Farr v. Firestone & D-64 Fullone v. Goodyear; ORDER also VACATES the CTO in D-66 Levy, et al. v. General Motors and the SCO in D-65 Erwin v. Atlas Supply Co. (emh) |
| 81/03/12 | 158 | BREIF, ANSWER, CERT. OF SVC., EXHIBIT (Re: D-67 McNeary) -- Pltfs. McNeary, et al. (ea) |
| 81/03/20 | 159 | REPLY BRIEF, CERT. OF SVC. (Re: D-67 McNeary v. GMC, E. Mo., 80-1577-C-(A)) -- General Motors Corp. (ea) |
| 81/03/23 | | HEARING ORDER -- Setting Notice of Opposition to transfer of D-67 Linda K. McNeary, et al. and D-68 Clyde Presley for Panel hearing in Washington, D. C. on April 30, 1981 (cds) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. _70_

DOCKET NO. _362_ -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 81/03/25 | 160 | NOTICE OF OPPOSITION -- D-71 Fonseca, etc. v. Firestone Tire & Rubber Co., et al., S.D. Florida, C.A. No. 81-8001 Civ-NCR.  Filed by The Firestone Tire & Rubber Co.  Notified involved counsel and judges.  (ds) |
| 81/03/26 | 161 | MOTION TO REMAND -- D-60 Nevada Industrial Comm. v. Firestone, W.D.Mo., 80-926-CV-W-2 (D. Nev., CV-R-80-126) -- filed by Int'l Harvester Co. -- Notified involved counsel.                              (ea) |
| 81/04/02 | | AMENDMENT TO HEARING ORDER FILED ON MARCH 23, 1981 -- Setting Motion of International Harvester Co. for remand of D-60 for Panel Hearing in Washington, D. C. on April 30, 1981  (cds) |
| 81/04/06 | | CONDITIONAL TRANSFER ORDER FILED -- D-72 Watson, et al. v. The Goodyear Tire & Rubber Co., W.D. Oklahoma, C.A. No. CIV-81-252-D.  Notified involved counsel and judges. (ds) |
| 81/04/08 | 162 | RESPONSE -- Harold C. Henderson and Iona Rovella Henderson -- w/Brief and cert. of service (cds)  *(Re: D-60)* |
| 81/04/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-73 DePoorter v. The Firestone Tire & Rubber Co., et al., C.D. Illinois, C.A. No. 81-4025.  Notified involved counsel & judges(ds) |
| 81/04/14 | 163 | MOTION FOR LEAVE TO FILE, MOTION TO VACATE CTO, BRIEF IN SUPPORT OF MOTION TO VACATE CTO IN D-71 Fonseca, etc. v. Firestone, et al., S.D.Fla., 81-8001-Civ-NCR -- w/cert. of service  (cds) |
| 81/04/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-72 Watson, et al. v. Goodyear, W.D. Okla., CIV-81-252-D NOTIFIED CLERKS AND JUDGES.  (emh) |
| 81/04/27 | | REMAND ORDER remanding A-13 Patrick Dupuis v. Firestone, Tire & Rubber Co., W.D. Missouri, C.A.No. 79-0088-CV-W-2 to the D. New Hampshire, (C.A. No. C-76-321) pursuant to 28 U.S.C. §1407.  (emh) |
| 81/04/27 | | HEARING APPEARANCES -- Wilson W. Herndon for General Motors Corp.; Thomas O. Baker for International Harvester Co.  (ds) |
| 81/04/27 | | WAIVER OF ORAL ARGUMENT -- Linda K. McNeary, et al.; Firestone Tire & Rubber Co.; Clyde Presley; Nevada Industrial Commission; The Budd Co. (ds) |
| 81/04/29 | 164 | NOTICE OF OPPOSITION D-73 DePoorter v. Firestone, et al., C.D.Ill., C.A. No. 81-4025 -- Firestone Tire & Rubber Co. -- w/cert. of service  (cds) |
| 81/05/14 | 165 | MOTION/BRIEF TO VACATE CTO -- The Firestone Tire & Rubber Company w/cert. of svc.  (ds)  *( re: D-73)* |

P. 21

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/05/19 | | ORDER -- VACATING (D-67 McNeary v. General Motors and D-68 (Presley v. Firestone) Conditional transfer orders and REMANDING D-60 Nevada Industrial Comm. v. Firestone, W.D. Missouri, C.A.No. 80-926-CV-W-2 (D.Nev. CV-R-80-126-BRT) pursuant to 28 U.S.C. §1407.  (emh) |
| 81/05/29 | 166 | RESPONSE TO MOTION TO VACATE CTO -- pltf. D-73 Depoorter w/cert. of svc.    (ds) |
| 81/06/04 | | ORDER VACATING D-71 Vivian Fonseca, etc. v. Firestone Tire & Rubber Co., et al., S.D. FLorida, C.A. NO. 81-8001-CIV NCR and D-73 Todd R. DePoorter v. The Firestone Tire & Rubber Co., et al., C.D. Illinois, C.A. No. 81-4025 Conditional Transfer Orders.    (ds) |
| ~~81/11/10 167 MOTION, BRIEF, CERT. OF SVC. for transfer of ~~ | | |
| ~~ ~~ | | ~~ .(eaf)~~ |
| 81/11/10 | 167 | MOTION FOR RECONSIDERATION TO TRANSFER REMANDED ACTION, BRIEF, CERT. OF SVC. (Re: D-40 Nevada Ind. Comm.) -- Nevada Industrial Commission.  (eaf) |
| 81/11/13 | | AMENDED CERT. OF SVC. FOR PLDG. NO. 167 -- Nevada Ind. Comm. (eaf) |
| 81/11/18 | 168 | BRIEF, CERT. OF SVC. (Re: Pldg. No. 167 action no. D-40) -- Int'l Harvester Co.    (eaf) |
| 81/11/20 | | AMENDED CERT. OF SVC. FOR PLDG. NO. 168 -- Int'l Harvester Co. (eaf) |
| 81/11/23 | 169 | RESPONSE, BRIEF, CERT. OF SVC. -- Deft. The Firestone Tire & Rubber Co.    (eaf) |
| 81/12/08 | 170 | REPLY BRIEF -- Nevada Industrial Commision -- w/cert. of serv.  (cds) |
| 81/12/23 | | ORDER -- Denying the motion for reconsideration in D-60 Nevada Industrial Comm. v. Firestone Tire & Rubber Co., D.Nev., C.A.No. CV-R-80-126-BRT  (emh) |
| 82/10/26 | | SUGGESTION FOR REMAND -- (32 actions) signed by Judge William R. Collinson of the W.D. Missouri on Oct. 12,1982                              (ds) |
| 82/10/26 | | CONDITIONAL REMAND ORDERS FILED TODAY -- 32 actions listed on pg. 22.  Notified involved counsel & judge.  (ds |

Pg. 22

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | A-2 | Thomas Clayton v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 79-0091 (N.D. Alabama, C.A. No. 78-G-0396S) |
| | D-58 | Ida Mae Bridges, etc. v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 81-0016 (M.D. Florida, C.A. No. 80-348-ORL-Civ-R) |
| | D-50 | Lloyd T. James, et al. v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 80-700 (N.D. Georgia, C.A. No. C80-375A) |
| | D-51 | Arthur Ramey v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 80-699 (N.D. Georgia, C.A. No. C80-376A) |
| | C-29 | Mark William Smith v. Firestone Tire & Rubber Co., Inc., et al., W.D. Missour, C.A. No. 79-0301 (D. Kansas, C.A. No. 78-2182) |
| | D-59 | Mark William Smith v. The Goodyear Tire & Rubber Co., W.D. Missouri, C.A. No. 81-0019 (D. Kansas, C.A. No. 80-2186) |
| | D-49 | Charles W. Lyons v. Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 80-0369 (D. Kansas, C.A. No. 80-2029) |
| | D-42 | Edward Campbell v. The Goodyear Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-0770 (D. Kansas, C.A. No. 79-1314) |
| | A-4 | Melton Henderson, et al. v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-0165 (W.D. Kentucky, C.A. No. C78-0002-BG) |
| | C-24 | Belton J. Bordelon v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 79-0245 (W.D. Louisiana, C.A. No. 78-1046) |
| | B-22 | Richard W. Lantieri, et al. v. Goodyear Tire & Rubber Co., W.D. Missouri, C.A. No. 79-0083 (D. Maryland, C.A. No. Y-78-1469) |
| | A-19 | Edward & Maxine Mawby v. Firestone Steel Products Co., W.D. Missouri, C.A. No. 79-0122 (E.D. Michigan, C.A. No. 78-70616) |
| | A-20 | Larry Johnson v. Firestone Tire & Rubber Co., Inc., W.D. Missouri, C.A. No. 79-0161 (E.D. Michigan, C.A. No. 78-71602) |
| | D-44 | Cleon L. Cowley, etc. v. Goodyear Tire & Rubber Co., W.D. Missouri, C.A. No. 79-1040 (D. Nevada, C.A. No. 79-0199) |
| | D-55 | Elton C. Tripp v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 80-954L (D. New Hampshire, C.A. No. C-80-186L) |
| | D-54 | Don Whittington, Jr., et al. v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-670 (E.D. Texas, C.A. No. TX-80-105-CA) |
| | D-52 | Robert J. Bowers, et al. v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 80-0441 (N.D. Texas, C.A. No. CA-7-80-09) |
| | D-56 | Oscar Jackson, Jr. v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 80-919 (N.D. Texas, C.A. No. CA-3-80-0816-G) |
| | A-17 | Luciano Rodriquez v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-0086 (S.D. Texas, C.A. No. H-77-288) |
| | D-63 | Todd Farr v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 81-0299 (D. Utah, C.A. No. C-80-0549A) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 --  In re Multi-Piece Rim Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/11/09 | 171 | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDERS (32 actions listed below) -- Firestone Tire & Rubber Co. -- w/cert. of service  (cds) |

A-2    Thomas Clayton v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 79-0091 (N.D. Alabama, C.A. No. 78-G-0396S)

D-58    Ida Mae Bridges, etc. v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 81-0016 (M.D. Florida, C.A. No. 80-348-ORL-Civ-R)

D-50    Lloyd T. James, et al. v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 80-700 (N.D. Georgia, C.A. No. C80-375A)

D-51    Arthur Ramey v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 80-699 (N.D. Georgia, C.A. No. C80-376A)

C-29    Mark William Smith v. Firestone Tire & Rubber Co., Inc., et al., W.D. Missour, C.A. No. 79-0301 (D. Kansas, C.A. No. 78-2182)

D-59    Mark William Smith v. The Goodyear Tire & Rubber Co., W.D. Missouri, C.A. No. 81-0019 (D. Kansas, C.A. No. 80-2186)

D-49    Charles W. Lyons v. Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 80-0369 (D. Kansas, C.A. No. 80-2029)

D-42    Edward Campbell v. The Goodyear Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-0770 (D. Kansas, C.A. No. 79-1314)

A-4    Melton Henderson, et al. v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-0165 (W.D. Kentucky, C.A. No. C78-0002-BG)

C-24    Belton J. Bordelon v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 79-0245 (W.D. Louisiana, C.A. No. 78-1046)

B-22    Richard W. Lantieri, et al. v. Goodyear Tire & Rubber Co., W.D. Missouri, C.A. No. 79-0083 (D. Maryland, C.A. No. Y-78-1469)

A-19    Edward & Maxine Mawby v. Firestone Steel Products Co., W.D. Missouri, C.A. No. 79-0122 (E.D. Michigan, C.A. No. 78-7B616)

A-20    Larry Johnson v. Firestone Tire & Rubber Co., Inc., W.D. Missouri, C.A. No. 79-0161 (E.D. Michigan, C.A. No. 78-71602)

D-44    Cleon L. Cowley, etc. v. Goodyear Tire & Rubber Co., W.D. Missouri, C.A. No. 79-1040 (D. Nevada, C.A. No. 79-0199)

D-55    Elton C. Tripp v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 80-954L (D. New Hampshire, C.A. No. C-80-186L)

   W.D. Missouri, C.A. No. 80-919 (N.D. Texas, C.A. No. CA-3-80-0816-G)

A-17    Luciano Rodriguez v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-0086 (S.D. Texas, C.A. No. H-77-288)

D-63    Todd Farr v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 81-0299 (D. Utah, C.A. No. C-80-0549A)

24

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/11/24 | 172 | WITHDRAWAL OF NOTICE OF OPPOSITION (re 32 CRO's) -- Firestone Tire & Rubber Co. -- w/cert. of service  (cds) |
| 82/11/26 |  | ORDER LIFTING STAY OF CONDITIONAL REMAND ORDERS -- (32 actions listed below) -- NOTIFIED INVOLVED JUDGE, CLERKS, AND COUNSEL  (cds) |

A-2    Thomas Clayton v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 79-0091 (N.D. Alabama, C.A. No. 78-G-0396S)

D-58    Ida Mae Bridges, etc. v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 81-0016 (M.D. Florida, C.A. No. 80-348-ORL-Civ-R)

D-50    Lloyd T. James, et al. v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 80-700 (N.D. Georgia, C.A. No. C80-375A)

D-51    Arthur Ramey v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 80-699 (N.D. Georgia, C.A. No. C80-376A)

C-29    Mark William Smith v. Firestone Tire & Rubber Co., Inc., et al., W.D. Missour, C.A. No. 79-0301 (D. Kansas, C.A. No. 78-2182)

D-59    Mark William Smith v. The Goodyear Tire & Rubber Co., W.D. Missouri, C.A. No. 81-0019 (D. Kansas, C.A. No. 80-2186)

D-49    Charles W. Lyons v. Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 80-0369 (D. Kansas, C.A. No. 80-2029)

D-42    Edward Campbell v. The Goodyear Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-0770 (D. Kansas, C.A. No. 79-1314)

A-4    Melton Henderson, et al. v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-0165 (W.D. Kentucky, C.A. No. C78-0002-BG)

C-24    Belton J. Bordelon v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 79-0245 (W.D. Louisiana, C.A. No. 78-1046)

B-22    Richard W. Lantieri, et al. v. Goodyear Tire & Rubber Co., W.D. Missouri, C.A. No. 79-0083 (D. Maryland, C.A. No. Y-78-1469)

A-19    Edward & Maxine Mawby v. Firestone Steel Products Co., W.D. Missouri, C.A. No. 79-0122 (E.D. Michigan, C.A. No. 78-70616)

A-20    Larry Johnson v. Firestone Tire & Rubber Co., Inc., W.D. Missouri, C.A. No. 79-0161 (E.D. Michigan, C.A. No. 78-71602)

D-44    Cleon L. Cowley, etc. v. Goodyear Tire & Rubber Co., W.D. Missouri, C.A. No. 79-1040 (D. Nevada, C.A. No. 79-0199)

D-55    Elton C. Tripp v. The Firestone Tire & Rubber Co., W.D. Missouri, C.A. No. 80-954L (D. New Hampshire, C.A. No. C-80-186L)

A-17    Luciano Rodriguez v. Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 79-0086 (S.D. Texas, C.A. No. H-77-1206)

D-63    Todd Farr v. The Firestone Tire & Rubber Co., et al., W.D. Missouri, C.A. No. 81-0299 (D. Utah, C.A. No. C-80-0549A)

DOCKET NO. __362___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION__

Summary of Panel Actions

Date(s) of Hearing(s) __Dec 8, 1978__ __Sept. 25, 1980__ __4/30/81__ _____ _____
Consolidation Ordered __Jan. 18, 1979__    Consolidation Denied _____
Opinion and/or Order __Jan. 18, 1979__    (TO) filed 10/6/80 _____ _____
Citation __464 F.Supp. 969__ _____ _____ _____

Transferee District __WESTERN DISTRICT OF MISSOURI__    Transferee Judge __WILLIAM R. COLLINSON__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gail McGee v. Goodyear Tire & Rubber Co., et al. | N.D.AL Pointer | CA78-P0090S | 1/18/79 | 79-0010 | 4/8/80 D | |
| A-2 | Thomas Clayton v. The Firestone Tire & Rubber Co., et al. | N.D.AL Guin | CA78-G0396S | 1/18/79 | 79-0091-CV-W-2 11/26/82 | R | |
| A-3 | Milton John McLellan, et al. v. Columbus 1-70 West Auto-Truckstop, Inc. et al. | N.D.ILL McGarr | 77-C-2585 | denied | | | |
| A-4 | Melton Henderson, et al. v. The Firestone Tire & Rubber Co., et al. | W.D.KY. Johnstone | C78-0002-BG | 1/18/79 | 79-0115 CV-W-2 11/26/82 | R | |
| A-5 | Paul R. Berry v. Firestone Tire & Rubber Co. | D. Mass. Garrity | 77-2796-G | 1/18/79 | 79- | 4/8/80 D | |
| A-6 | Louisa Garcia v. The Goodyear Tire & Rubber Co. | D.Mass. Freedman | 73-3812-F | DO NOT COUNT | 4/24/79 | 11/3/78 | |
| A-7 | Odis Daniel Smith v. Adams Laboratories, Inc., et al. | S.D.Miss. Nixon | J76-228(N) | denied transfer | | 1/9 | |

DOCKET NO. 362 -- IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION -- P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Larry Hale, et al. v. Firestone Tire & Rubber Co. | W.D.MO Collinson | 78-0226-CV-W-2 ✓ | | | reassigned 1/13/83 | |
| A-9 | Bobby C. Goodwin, et al. v. Firestone Tire & Rubber Co., et al. | W.D.MO ~~Oliver~~ Collinson | 78-0408-CV-W-1 ✓ | | | reassigned 1/13/83 | |
| A-10 | Joseph W. Butler v. Firestone Tire & Rubber Co., ~~et al.~~ | W.D.MO Collinson | 78-0647-CV-W-2 ✓ | | | reassigned 1/13/83 | |
| A-11 | Robert E. Walker, et al. v. Firestone Tire & Rubber Co. | W.D.MO Collinson | 75CV363-W-2 | ✓ | | reassigned 1/13/83 | |
| A-12 | John L. Olsen v. Goodyear Tire & Rubber Co., et al. | D. NEV Thompson | 77-0197-HEC | 1/8/79 | 79-0111 | 4/20/79 | |
| A-13 | Patrick Dupuis v. Firestone Tire & Rubber Co. | D.N.HAM ~~Bownes~~ | C-76-321 | 1/18/79 | | 4/27/81 R | |
| A-14 | Super Tire Engineering Co. v. Goodyear Tire & Rubber Co., et al. | D.N.J. Brotman | 76-1546 | | NOT acc (NJ) | | |
| A-15 | Marion Taylor Davis, et al. v. Firestone Tire & Rubber Co., et al. | W.D.TENN McRae | C-78-2182 | 1/8/79 | 79-0060 | 11/26/82 R | |
| A-16 | Joe B. Brown v. Goodyear Tire & Rubber Co., et al. | N.D.TEX Hill | CA3-78-0556-D | 1/18/79 | 79-0011 | 2/11/82 D | |

DOCKET NO. 362 ___ -- IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION -- P. 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-17 | Luciano Rodriguez v. Firestone Tire & Rubber Co., et al. | S.D.TEX Sterling | H-77-288 | 1/18/79 | 79-0006 | 11/26/82 R | |
| A-18 | Madlyn Walker v. Chemical Leaman Tank Lines, Inc., et al. | S.W.VIR. Knapp | 76-0350CH | 1/18/79 | 79-0051 CH | 8/10/79 D | |
| A-19 | Edward & Maxine Mawby v. Firestone Steel Products Co. | E.D.MICH Thornton | 870616 | 1/18/79 | 79-0120 CV | 11/26/82 | |
| A-20 | Larry Johnson v. Firestone Tire & Rubber Co., Inc. | E.D.MICH Guy | 871602 | 1/18/79 | 79-0161 CV | 11/26/82 | |
| A-21 | Gladys Fay Petersen v. Michelin Tire Corp., et al. | D.Oregon | 77-0057 | vacat transfer C.O. 6/4/79 | | | |
| *B-22 | Richard W. Lantieri, et al. v. General Tire & Rubber Co. | D.MD Young | Y-78-1469 | 1/18/79 | 79-0053 CV | 11/26/82 | *not included on motion |
| C-23 | Beatrice Mixson v.General Motors Corp., et al. | D. S.C. Chapman | 78-2017 | 4/4/79 | 79 0340 | 11/26/82  7/30/79 | |
| C-24 | Belton J. Bordelon v. The Firestone Tire & Rubber Co. | W.D. La. Scott | CI 781046 | 2/9/79 | 79 0245 CV | 11/26/82 | |
| C-25 | Opal I. Burks, v. The Firestone Tire and Rubber Co., et al. | N.D.Tex Higginbotham | CA3-77-0926 | vacated | | | 2/12/79 |
| C-26 | John F. Loughan v. Firestone Tire and Rubber Co. | S.D.Fla King | 78-6290-Civ-JLK | vacated | | | 2/23/79 |
| C-27 | Gaylord L. Anderson, et al. v. Firestone Tire and Rubber | D. N.Dak Van Sickle | 78-1111 | | | 11/26/82 R | |

FEB 09 1979

DOCKET NO. 362 -- IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION -- P. 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-28 | Karen Lyn Cothren, Adm., et al. v. Firestone Tire & Rubber Co. 3/16/79 | W.D.Ark. Williams | 79-4005 | | | 4/9/79 | Vacated CTO |
| C-29 | Mark William Smith v. Firestone Tire and Rubber Co., Inc., et al. 3/16/79 | Kan. O'Connor | 78-2183 | 4/3/79 | 79-0301 | 11/26/82 R | |
| C-30 | Adeal Mixson v. General Motors Corp., et al. 3/16/79 | S.Car. Chapman | 79-370 | 7/20/79 | 79-0676-CV-W-2 | 11/26/82 R | |
| C-31 | Mrs. Debra Parlett, etd., et al. v. Firestone Tire & Rubber Company 3/16/79 opposed | S.D.Tex Seals | H-79-2 | | | | 7/20/79 |
| XYZ-32 | Sandra L. Winn v. The Goodyear Tire and Rubber Co., et al. | W.D.Mo. | 79-200-CV-W-2 | | | 10/9/80 D | 11/26/82 R |
| C-33 | Karen Lyn Cothren, etc., et al. v. Firestone Tire & Rubber Co. 4/19/79 | E.D.Tex Fisher | 79-0011-CA | 5/8/79 | 79-0490-CV-W-2 | | 7/20/79 |
| C-34 | Armando Birriel Correa, et al. v. Chrysler Corp., et al. v. 4/19/79 opposed Firestone Tire & Rubber Co. OPPOSED MAY 21 1979 | D. P.R. Toledo | 76-770 | denied | | | |
| C-35 | Karen W. Buckingham, et al. v. James L. Monroe, et al. Denied | E.D.N.C. DuPree | 989 | denied | | | 7/20/79 |
| C-36 | Artie Little v. Harvey Shelton, et al. 6/8/79 OPPOSED JUN 18 1979 | W.D.Ark. Harris | CIV 78-266 79-1039 | denied | | | 7/10/79 Vacated CTO |

DOCKET NO. 362 -- IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-37 | Bobby J. Creel v. The Goodyear Tire & Rubber Co., et al. 7/25/79 | S.D.Miss. Russell | SS79-0217(R) | 8/10/79 | 79-748 | 9/17/820 CV-W-2 | |
| D-38 | Ward A. Wheelock, Sr., et al. v. Goodyear Tire & Rubber Co., Inc., et al. (9/7/79) 7/25/79 | N.D.N.Y. Munson | 79 Civ. 134 | 10/3/79 | 80-114-CV @2 | 11/26/82 | |
| D-39 | Alfred Jenson, et al. v. Firestone Tire and Rubber Co. 7/25/79 | N.Dak. Benson | A3-79-83 | 8/10/79 | 79-754-CV-W-2 | 11/26/82 R | |
| D-40 | Bobby Ray Jackson v. Firestone Tire and Rubber Co., et al. 7/25/79 | S.C. Chapman | 79-913 | 8/10/79 | 79-753-CV-W-2 | 11/26/82 R | |
| D-41 | Shirley Cannon, et al. v. Ford Motor Co., et al. OPPOSED AUG 8 1979 7/25/79 | E.D.Tex. Fisher | B-79-370-CA | | | | |
| D-42 | Edward Campbell v. The Goodyear Tire & Rubber Co., et al. AUG - 3 1979 | D. Kan. Brown | 79-1314 | 8/21/79 | 79-770-CV-W-2 | 11/26/82 R | |
| XYZ-43 | Brady Otis Byrd, etc. v. The Goodyear Tire and Rubber Co. | W.D.Mo. | 79-0765-CV-W-3 | | | 12/9/80 D | |
| D-43 | Thomas Harvey, et al. v. Kelsey-Hayes Company, et al. 10/4/79 | W.D.N.Y. Curtin | Civ-79-623 | 10/23/79 | 79-1013 | 11/26/82 | |
| D-44 | Cleon L. Cowley, etc. v. Goodyear Tire & Rubber Co 10/26/79 | D. Nev. Claiborne | CV-R-79-199-HEC | 11/14/79 | 79-1040 | 11/26/82 R | |
| XYZ-45 | Byron L. Smith, et al. v. Firestone Tire & Rubber Co. | W.D.Mo. | 79-995 | | | reassigned 1/13/83 | |

DOCKET NO. 362 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-46 | Sammy J. Belloma v. The Firestone Tire & Rubber Co. 12/28/79 | S.D.Iowa Stuart | 79-460-C | | | | |
| D-47 | Emory Smoak v. Firestone Tire and Rubber Co., et al. 12/28/79 | D. S.C. Blatt | 79-2073-8 | 1/15/80 | 80-106-W-2 | 11/26/82 R | |
| D-48 | Katherine Annette Harmon, et al. v. Allied Van Lines, Inc., et al. | E.D.Tex. Steger | 8-79-16-CA | | | | |
| D-49 | Charles W. Lyons v. Firestone Tire & Rubber Co. 2/19/80 | Kansas Saffels | 80-2029 | MAR 6 1980 | 80-369-CV-W-2 | 11/26/82 R | |
| D-50 | Lloyd T. James, et al. v. The Firestone Tire & Rubber Co., et al. | N.D.Ga. Ward | C80-375-A | 7/11/80 | 80-700-CV-W-2 | 11/26/82 R | |
| D-51 | Arthur Ramey v. Firestone Tire & Rubber Co., et al. | N.D.Ga. O'Kelley | C80-376-A | 7/11/80 | 80-699-CV-W-2 | 11/26/82 R | |
| D-52 | Robert J. Bowers et al. v. The Firestone Tire & Rubber Company | N.D.Tex. Mahon | CA 7-80-094 | 4-22-80 | 80-044-CV-W-2 | 11/26/82 R | July, 1980 - 29 TR/7RV2 to Aug 32 TR9 |
| D-53 | Theodora Parrott, etc. v. Goodyear Tire and Rubber Co., et al | S.D.IND. Noland | IP 80 267C | 7/11/80 | 80-669-CV-W-2 | 4/9/81 | Opposed |
| D-54 | Don Whittington, Jr., et al. v. The Firestone Tire and Rubber Co., et al. OPPOSED MAY - 7 1980 APR 2 3 1980 | E.D.Tex. STEGER | TX-80-105-CA | 7/11/80 | 80-670-CV-W-2 | 11/26/82 R | 4-4-80 |
| D-55 | Elton C. Tripp v. The Firestone Tire & Rubber Co. OPPOSED JUL 2 2 1980 | D. N.H. Loughlin | C80-186L | OCT - 6 1980 | 80-954-L | 11/26/82 R | 7/11/80 |
| D-56 | Oscar Jackson, Jr. v. Firestone Tire & Rubber Co., et al. OPPOSED JUL 2 2 1980 | N.D.Tex. Higginbotham | CA-3-80-0816-G | OCT - 6 1980 | 80-19- | 11/26/82 R | 7/11/80 |

DOCKET NO. 362 -- In re Multi-Piece Rim Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-57 | Peter Bishop, v. The Firestone Tire & Rubber Co., et al. | W.D.Mo. | CV80-654-CV-W-3 | | | passed 1/13/83 | passed |
| D-58 | Ida Mae Bridges, etc. v. Firestone Tire & Rubber Company, et al. 8/11/80 OPPOSED AUG 22 1980 | M.D.Fla. Reed | 80-348-Orl-Civ-R | 11/6/80 | 81-16 | 11/26/82 R | |
| D-59 | Mark William Smith v. The Goodyear Tire & Rubber Co. Opp 8/22/80 8/11/80 | D.Kansas O'Connor | 80-2186 | | 81-19 | 11/26/82 R | |
| D-60 | Nevada Industrial Commission v. Firestone Tire and Rubber Co., et al. SEP - 9 1980 | D.Nevada Thompson | CV-R-80-126 -BRT | 9/25/80 | 80-126 | 5/19/81 R | |
| D-61 | Robert Blanton v. The Goodyear Tire & Rubber Co. | S.D.W.Va. | 79-2341 | | 81-62 | 11/15/82 D | Mot. 9/25/80 |
| D-62 | Elmer Bond v. Firestone Tire & Rubber Co., et al. 10/6/80 OPPOSED OCT 17 1980 | N.D.Ill. Shadur | 80-4063 | 3/11/81 | 81-0249-CV | 4/15/82 D | |
| D-63 | Todd J. Farr v. The Firestone Tire & Rubber Co., et al. OCT 10 1980 OPPOSED OCT 27 1980 OPPOSED OCT 27 1980 | D.Utah Anderson | C-80-0549A | 3/11/81 | 81-0249-CV | pending 11/26/82 R | |
| D-64 | Christine Fullone, Adm. v. Goodyear Tire and Rubber Co. 11/17/80 | W.D.N.Y. Elfvin | Civ-80-1015 | 3/11/81 | 81-229 | 11/26/82 | |
| D-65 | Benjamin Erwin v. Atlas Supply Co., et al. | S.D.Miss. Nixon | J80-420(N) | | | | SCO filed 11/17/80 |
| D-66 | Antonio Leva, et al. v. General Motors Corporation 12/2/80 | E.D.Pa. Newcomer | 80-3247 | | | | |
| D-67 | Linda K. McNeary, et al. v. General Motors Corp. 1/27/81 opposed 2/11/81 | E.D.Mo. Harper | 80-1577-C-(A) | | | | |
| D-68 | Clyde Presley v. Firestone Tire & Rubber Co., et al. 1/27/81 opposed 2/11/81 | N.Miss. Senter | 80-152-LS-O | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-69 | John Thomas Barrymore v. The Firestone Tire & Rubber Co. FEB 13 1981 | D.S.C. Anderson | 80-2249-3 | MAR 3 1981 | 81-230- | 11/26/82 R | |
| D-70 | Kevin Dick v. The Goodyear Tire & Rubber Co. FEB 13 1981 | D.Kansas Brown | 81-1025 | MAR 3 1981 | 81-220- | 4/19/82 D | |
| D-71 | Vivian Fonseca, etc. v. Firestone Tire & Rubber Co., et al. 3/10/81 Appeal 3/25/81 | S.D.Fla. Roettger | 81-8001-Civ NCR | | 81-349-Civ R 2 3/... | | |
| D-72 | Donald W. Watson, et al. v. The Goodyear Tire and Rubber Co. 4/6/81 | W.D.Okla. Daugherty | CIV-81-252-D | APR 2 2 1981 | | | |
| D-73 | Todd R. DePoorter v. The Firestone Tire & Rubber Co., et al. 4/16/81 OPPOSED APR 29 1981 | C.D.Ill. Morgan | 81-4025 | | | | |

*July 1981 — 45 Tr/8 XYZ/9 Dis/ 2 Rem / 42 Pdg*
*No add'l transfers per 5/19/81 order*

| XYZ-74 | Gerald D. Jones v. Goodyear Tire & Rubber Co. | W.D.Mo. | 80-4225-CV-W-2 | | | reassigned 1/13/83 | |

*July 1982 - 45 Tr / 9 XYZ/10 Dis / 2 Rem / 42 Pdg*
*July 1983 — ... 34 Rem / 7 Mass / 13 Dis*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362  --  In re Multi-Piece Rim Products Liability Litigation

Received this list of names of Liaison Counsel from Clerk's office in W.D. Mo.,
(telephone conversation 3/30/79) -- Order to be filed shortly

| PLAINTIFFS LIAISON COUNSEL | DEFENDANTS LIAISON COUNSEL |
|---|---|
| John C. Risjord, Esquire<br>Niewald, Risjord & Waldeck<br>2500 Commerce Tower<br>Kansas City, Missouri  64105<br>816-842-3512 | FIRESTONE LIAISON COUNSEL<br>William H. Sanders, Esquire<br>Blackwell, Sanders, Matheny<br>, Weary & Lombardi<br>Suite 600<br>5 Crown Center<br>2480 Pershing Road<br>Kansas City, Missouri  64108 |
| | DEFENDANT BUDD CO. LIAISON<br>Thomas Wheatley, Esquire<br>Lathrop, Koontz, Righter, Clagett,<br>  Parker & Norquist<br>2600 Mutual Benefit Life Bldg.<br>2345 Grand Ave.<br>Kansas City, Mo  64108<br>816-842-0820 |
| SERVE WITH   CTOs.<br>John B. Carothers, III, Esq.<br>Ross, Hardies, O'Keefe, Babcock<br>  & Parsons - One IBM Plaza<br>Suite 3100<br>Chicago, Illinois  60611<br>312-467-9300 | GOODYEAR TIRE & RUBBER CO. LIAISON<br>John C. Noonan, Esquire<br>Stinson, Mag & Fizzell<br>P.O. Box 19251<br>Kansas City, Missouri 64141<br>816-842-8600<br>KELSEY-HAYES CO. LIAISON<br>Robert Raymond, Esquire<br>Schugart, Thomson & Kilroy<br>8th Floor Commerce Bank Bldg.<br>Kansas City, Missouri<br>816-421-3355<br>NON-MANUFACTURER DEFENDANTS LIAISON<br>Paul Scott Kelly, Jr., Esquire<br>Gage & Tucker<br>P.O. Box 23428<br>Kansas City, Missouri  64141<br>816-474-6460 |
| Pending Oppositions on Back | GENERAL MOTORS CORPORATION<br>Wilson W. Herndon, Esq.<br>Strausberger & Price<br>1200 Main Place<br>Dallas, Texas  75250<br>214-658-1600 |

JPML FORM 4A -- Continuation

Panel Attorney Service List. -- p. ___2___

DOCKET NO. __362__ -- In re Multi-Piece Rim Products Liability Litigation

FIRESTONE TIRE & RUBBER CO.  *Opposed 10/17/80*
(Deft. in D-62)
John B. Borothers, III, Esq.
Ross, Hardies, O'Keefe, Babcock
& Parsons
One IBM Plaza, Suite 3100
Chicago, Illinois  60611

ELMER BOND (D-62)
Robert K. Fogel, Esq.
Baskin, Server & Berke
One North LaSalle Street
Suite 2800
Chicago, Illinois  69602

FORD MOTOR CORPORATION
(Local Defendant in D-62)
Peter J. Mone, Esq.
Baker & McKenzie
130 E. Randolph Drive
Chicago, Illinois

IDA MAE BRIDGES, ETC. (D-58)
Ronnie H. Walker, Esq.
Walker & Buckmaster          OPPOSED AUG 22 1980
P. O. Box 273
Orlando, Fla.  32801

MARK WILLIAM SMITH (D-59)
Bryson R. Cloon, Esq.
Cloon & Bennett
Patton Building, Suite 202
6420 West 95th Street
Overland Park, Kansas  66212

ROBERT BLANTON (D-61) MOTION
John R. Fowler, Esq.
1510 Charleston National Plaza
Post Office Box 2791
Charleston, West Virginia 25330

TODD N. FARR (D-63)
George B. Handy, Esq.
2650 Washington Boulevard
Ogden, Utah  84401

REDCO CORP. (Def. D-63)
Geoffrey Myers, Esq.
Hall, Myers, Rose & Richardson
P.O. Box 34436
West Bethesda, MD  20094

A.M.F. CORP. a/k/a
AMERICAN MACHINE & FOUNDRY CO.
(Def. D-63)
777 Westchester Avenue
White Plains, New York  10604

ORDER TO SHOW CAUSE
BENJAMIN ERWIN (D-65)
James W. Nobles, Jr., Esq.
P.O. Box 1733
Jackson, Mississippi  39205

Motion to Remand

PATRICK DUPUIS (A-13)
David W. Hess, Esquire
Brown and Nixon Professional Assn.
80 Merrimack Street
Manchester, New Hampshire 03101

OPPOSED 12/5/80
CHRISTINE FULLONE, ADM. (D-64)
Edward Wagner, Esq.
Diebold & Millonzi
15 Court Street
Buffalo, New York  14202

Form 4

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __362__ -- __In re Multi-Piece Rim Products Liability Litigation__

---

GAIL MCGEE (A-1)
Robert B. Roden, Esq.
Jones, Arnold & Roden
301 Title Building
Birmingham, Alabama  35203

LIBERTY MUTUAL INSURANCE
  COMPANY (Intervening Pltf.) (A-1)
Braxton W. Ashe, Esq.
Almon, McAlister, Ashe & Baccus
Post Office Drawer N
Sheffield, Alabama  35660

THOMAS CLAYTON (A-2)
J. Paul Lowery, Esq.
24 South Hull Street
Post Office Box 348
Montgomery, Alabama  36101

AETNA INSURANCE CO. (A-2)
  (Intervening Pltf.)
Max Hudson, Esq.
London, Yancey, Clark & Allen
2100 First National-So.
  Natural Building
Birmingham, Alabama  35203

MILTON JOHN MCLELLAN, ET AL. (A-3)
Richard I. Bass, Esq.
188 West Randolph Street
Suite 1000
Chicago, Illinois  60601

MELTON & BELINDA HENDERSON (A-4)
Michael A. Owsley, Esq.
English, Lucas, Priest & Wwsley
1110 College Street
Bowling Green, Kentucky  42101

PAUL R. BARRY (A-5)
Daniel J. Hourihan, Esq.
One State Street
Boston, Mass.  02109

LOUSSA GRACIA (A-6)
David B. Kaplan, Esq.
Kaplan, Latti & Flanner
9 Commercial Wharf
Boston, Mass.

ODIS DANIEL SMITH (A-7)
James W. Nobles, Jr., Esq.
Post Office Box 1733
Jackson, Miss.  39205

INSURANCE CO. OF NORTH AMERICA
  (Intervening Pltf.) (A-7)
John E. Hughes, III, Esq.
Wells, Wells, Marble & Hurst
Post Office Box 131
Jackson, Miss.  39205

LARRY & LINDA HALE (A-8)
BOBBY C. GOODWIN, ET AL. (A-9)
JOSEPH WILLIE BUTLER (A-10)
LUCIANO RODRIGUEZ (A-17)
John C. Risjord, Esq.
Niewald, Risjord & Waldeck
2500 Commerce Tower
Kansas City, Missouri  64105

ROBERT E. & NANCY WALKER (A-11)
Ronald J. Stites, Esq.
Koenigsdorf, Kusnetzky & Wyrsch
Suite 1050, Home Savings Bldg.
1006 Grand Avenue
Kansas City, Missouri  64106

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 362 __ In re Multi-Piece Rim Products Liability Litigation

JOHN L. OLSEN (A-12)
Warren W. Goedert, Esq.
Post Office Box 3344
520 Sinclair Street
Reno, Nevada  89505

PATRICK DUPUIS (A-13)
Stanley M. Brown, Esq.
Brown & Nixon, P.A.
67 Central Street
Manchester, New Hampshire  03101

SUPER TIRE ENGINEERING CO. (A-14)
G. Paul Crawshaw, Esq.
Martin, Crawshaw & Mayfield
76 Euclid Ave.
Haddonfield, New Jersey  08033

MARION TAYLOR DAVIS (A-15)
James H. Mathis, Esq.
Gerber, Bernstein, Gerber & Winestone
Suite 3121
100 North Main Building
Memphis, Tennessee  38103

JOE B. BROWN (A-16)
Johnny W. Mims, Esq.
Adams & Mims
Campbell Centre II
Suite 255
8150 North Central Expressway
Dallas, Texas  75206

MADLYN WALKER (A-18)
Rudloph L. Di Trapano, Esq.
Di Trapano, Mitchell, Lawson & Field
604 Virginia Street, East
Charleston, West Virginia  25301

EDWARD & MAXINE  MAWBY (A-19)
Saul M. Leach, Esq.
Maile and Leach
3025 Cadillac Tower
Detroit, Mich.  48226

LARRY JOHNSON (A-20)
Nicholas J. Rine, Esq.
2300 First National Bldg.
Detroit, Mich.  48226

GLADYS FAY PETERSEN (A-21)
Daniel W. Goff, Esq.
Husband, Johnson, Fechtel
  & Goff
72 West Broadway, #225
Eugene, Oregon  97401

FIRESTONE STEEL PRODUCTS  DIV.
THE FIRESTONE TIRE & RUBBER CO.
William Freivogel, Esq.
Ross, Hardies, O'Keefe, Babcock
  & Parsons
One IBM Plaza
Chicago, Illinois  60611

THE GOODYEAR TIRE & RUBBER CO.
Alvin D. Shapiro, Esq.
Stinson, Mag & Fizzell
Post Office Box 19251
2100 TenMain Center
Kansas City, Missouri  64141

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. **3**

DOCKET NO. 362 -- In re Multi-Piece Rim Products Liability Litigation

BIRRIEL CORREA, ET AL. (C-34)
Jesus Hernandez Sanchez, Esquire
First Federal Building
Suite 607-609
Rio Piedras, Puerto Rico 00927

Chrysler Corp. (Deft C-34)
McConnell Valdes Kelley
Sifre Griggs & Ruiz Suria
G.P.O. Box 4225
San Juan, Puerto Rico 00936

B. F. Goodrich Corp.(Deft C-34)
Vincente Santori Coll, Esq.
Jaime Sifre Rodriguez, Esq.
G.P.O. Box 3073
San Juan, Puerto Rico 00936

BIRRIEL CORREA, ET AL. (C-34)
Jesus Hernandez Sanchez, Esq.
Caribe Bldg, 12th Floor
Palmeras Street
Puerta de Tierra, Puerto Rico 00903

KAREN W. BUCKINGHAM, ET AL. (C-35)
James B. Craven, III, Esq.
Everett, Everett, Creech & Craven
301 First Union National Bank Building
Post Office Box 586
Durham, North Carolina 27702

PLYMOUTH VAN LINES, INC.
B. P. Russ, Jr., Esq.
303 First Union National Bank Building
Fayetteville, N.C. 28301

MATLOCK TRUCK BODY AND TRAILER CORP.
Ervin M. Baer, Esq.
First Union National Bank Building
Fayetteville, N.C. 28301

FIRESTONE TIRE & RUBBER CO.
Josiah S. Murray, III
P. O. Box 2088
400 Wachovia Building
Durham, N.C. 27702

KELSEY-HAYS CO
Joseph W. Yates, III, Esq.
Young, Moore, Henderson & Alvis
P.O. Box 19207
Raleigh, N. Carolina 27619

INTERNATIONAL HARVESTER CO.
AL ROZIER D/B/A AL'S TRUCK SERVICE
Henry L. Anderson, Sr., Esq.
Post Office Box 424
Fayetteville, N.C. 28302

UNITED STATES OF AMERICA
Jack B. Crawley, Jr., Esq.
Assistant U. S. Attorney
Post Office Box 26897
Raleigh, North Carolina 27611

ALL-STATE MOVING AND STORAGE CO.
Charles E. Nichols, Esq.
Post Office Box 989
Greensboro, North Carolina 27402

ARTIE LITTLE (C-36) opposed
John M. Shackleford, Jr., Esquire
Shackleford, Shackleford &
Phillips, P. A.
100 East Church Street
El Dorado, Arkansas 71730

HARVEY SHELTON (Def. in C-36)
William I. Prewitt, Esq.
Brown, Compton & Prewitt
423 N. Washington
El Dorado, Arkansas 71730

JACKSON SMITH (Def. in C-36)
Robert C. Compton, Esq.
(same address listed above)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO.  362  --  IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION

---

BOBBY J. CREEL (D-37)
E. Bragg Williams, III, Esq.
Williams, Williams & Montgomery
Post Office Box 113
Poplarville, Mississippi  39470

THE GOODYEAR TIRE & RUBBER CO. (Local
FIRESTONE TIRE AND RUBBER CO. coun. D-37)
CTT Corporation System
118 North Congress Street
Jackson, Mississippi  39205

WARD A. WHEELOCK, SR., ET AL. (D-38)
Louis T. Brindisi, Esq.
2713 Genesee Street
Utica, New York  13501

GOODYEAR (Local Counsel D-38)
Phelps, Hubbard, Hopkins, Bach
  & Corrou
185 Genesee Street
Suite 821
Utica, New York  13501

BUDD WHEELS, INC. (Local counsel D-38)
Evans, Severn, Baker & Peet
231 Genesee Street
Utica, New York  13501

SYRACUSE TRUCK SALES CORPORATION(Loc.D-38)
Kerman & Kerman, P.C.
1119 Bank and Trust Building
Utica, New York  13501

OSHKOSH TRUCK CORPORATION (Loc.D-38)
Smith, Sovik, Kendrick, McAuliffe &
  Schwarzer
200 Empire Building
Syracuse, New York  13202

ALFRED JENSON, ET AL. (D-39)
Dale W. Moench, Esq.
148 West First Street
Post Office Box 866
Dickinson, North Dakota  58601

Fraase and Evans
Suite 25 N.D.E.A. Building
301 North Fourth Street
Bismarck, North Dakota  58501

FIRESTONE (Local counsel D-39)
Harry J. Pearce, Esq.
Pearce, Anderson, Thomas & Durick
314 East Thayer Avenue
Post Office Box 400
Bismarck, N. Dak.  58501

BOBBY RAY JACKSON (D-40)
F. Hall Yarborough, Esq.
Bryant, Fanning & Yarborough
Post Office Box 1265
Orangeburg, South Carolina  29115

FIRESTONE (Local Counsel D-40)
Antony M. Merck, Esq.
Muist, Moore, Smythe & McGee
Post Office Box 999
Charleston, South Carolina  29402

GENERAL MOTORS (Local counsel D-40)
C.T Corporation
409 E. North Street
Greenville, S. C.  29602

SHIRLEY CANNON, ET AL. (D-41)
Gilbert T. Adams, Jr., Esq.
1855 Calder Avenue
Beaumont, Texas  77701

FORD MOTOR CO. (Local Counsel D-41)
James Malony, Esq.
Baker & Botts
3000 One Shell Plaza
Houston, Texas  77002

BUDD COMPANY (Local Counsel D-41)
Kyle Wheelus, Jr., Esq.
Weller, Whellus & Green
Post Office Box 350
BEAUMONT, Texas  77704

GENERAL TIRE & RUBBER Co. (Loc. Cnsl D-41)
J. Carlisle DeHay, Jr., Esq.
Gardere, Winne, Jaffe & DeHay
1700 Republic National Bank Bldg.
Dallas, Texas  75201

FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3_____

DOCKET NO. _362____ -- __In re Multi-Piece Rim Products Lia. Lit.__

===

COLUMBUS 1-70 WEST AUTO-TRUCKSTOP, INC.
UNION OIL CO. OF CALIFORNIA
William J. Oberts, Esq.
Clausen, Miller, Gorman, Caffrey
    & Witous, P.C.
Room 5400 Sears Tower
Chicago, Illinois  60606

KELSEY-HAYES CO.
T. Neal Combs, Esq.
10900 Harper Ave.
Detroit, Michigan  48232

MOTOR WHEEL CORP.
Norman J. Barry, Jr., Esq.
Baker & McKenzie
130 E. Randolph Dr.
Chicago, Illinois  60601

B. F. GOODRICH CO.
Thad G. Long., Esq.
Bradley, Arant, Rose & White
1500 Brown Marx Bldg.
Birmingham, Alabama  35203

MICHELIN TIRE CORP.
Joseph A. Sherman, Esquire
Jackson & Sherman
800 Home Savings Bldg.
1006 Grand Avenue
Kansas City, Missouri  64106        *dism. A-1*  *& A 2)*

TAYLOR MACHINE WORKS, INC.
Paul G. Smith, Esq.
Huie, Fernambucq, Stewart & Smith
825 First Alabama Bank Bldg.
Birmingham, Alabama  35203

JOHN P. WILKE
R. E. HERLEAN
A. T. HENRY
Lyman H. Harris, Esq.
Lange, Simpson, Robinson & Somerville
1700 First Alabama Bank Bldg.
Birmingham, Alabama  35203

GEORGE MARTIN
OSCAR SOUTHARD
C. T. TASH
Robert D. Hunter, Esq.
Lange, Simpson, Robinson
    & Somerville
1700 First Alabama
    Bank Bldg.
Birmingham, Alabama 35203

RELIABLE TRUCK PARTS, INC.
THE BUDD CO.
John W. Bell, Esq.
Maddux, Johnson & Cusack, Ltd.
1 North LaSalle Street
Chicago, Illinois  60602

COOPER TIRE AND RUBBER CO.
William J. Parker, Esq.
Harlin, Parker & Rudloff
519 East Tenth Street
Post Office Box 239
Bowling Green, Kentucky  42101

FORD MOTOR COMPANY
William D. Grubbs, Esq.
Woodward, Hobson & Fulton
2510 First National Tower
101 South Fifth Street
Louisville, Kentucky  40202

RUFUS P. LIMPP d/b/a Limpp
   Oil Co. (Third party deft.)
Joseph A. Sherman, Esquire
Jackson & Sherman, P.C.
800 Home Savings Building
1006 Grand Ave.
Kansas City, Mo.  64106

COASTAL TANK LINES, INC.
Archer, Greiner & Read
One Centennial Square
East Euclid Ave.
Post Office Box 331
Haddonfield, New Jersey  08033

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. ___362___ -- In re Multi-Piece Rim Products Liability Lit.

---

ADAMS LABORATORIES, INC.
Hassell H. Whitworth, Esq.
Watkins & Eager
Box 650
Jackson, Miss. 39205

NEDCO CORP.
Cary E. Bufkin, Esq.
Shell, Buford, Bufkin, Callicutt
& Perry
Post Office Box 157
552 First National Bank Bldg.
Jackson, Miss. 39205

SEARS, ROEBUCK AND CO.
Joel W. Howell, III, Esq.
Daniel, Coker, Horton, Bell
and Dukes
Post Office Box 1084
Jackson, Miss. 39205

THE NESS COMPANY, INC.
Louis G. Baine, Jr., Esq.
Baine, Moore, Simmons & Thompson
Post Office Box 685
Jackson, Miss. 39205

C & H TRANSPORTATION CO., INC.
Robert G. Vail, Esq.
Vial, Hamilton, Koch, Tubb, Knox
& Stradley
1500 Republic National Bank Tower
Dallas, Texas 75201

CHEMICAL LEAMAN TANK LINES, INC.
John M. Slack, III, Esq.
Jackson, Kelly, Holt & O'Farrell
Post Office Box 553
Charleston, West Virginia 25322

ALLIED CHEMICAL CORPORATION
Michael J. Farrell, Esq.
Jenkins & Fenstermaker
1100 Coal Exchange Bldg.
Post Office Box 2688
Huntington, West Virginia 25726

PULLMAN, INC.
Ivin E. Kerr, Esq.
Vandeveer, Garzia, Tomkin,
Keer & Heaphy
3250 Guardian Bldg.
Detroit, Michigan 48226

GENERAL TIRE & RUBBER CO.
John H. Mudd, Esq.
Semmes, Bowen & Semmes
10 Light Street
Baltimore, Maryland 21202

ARMSTRONG RUBBER COMPANY
Thomas A. Bell, Esq.
Daniel, Coker, Horton, Bell
and Dukes
P.O. Box 1084
Jackson, Mississippi 39205

RICHARD W. LANTIERI, ET AL. (B-22)
Howard J. Schulman, Esq.
Law Offices of Peter G. Angelos 201 N. Charles St
233 Equitable Building Ste 2300
Calvert & Fayette Streets
Baltimore, Maryland 21201

GENERAL MOTORS CORPORATION (Deft. C23)
Wilson W. Herndon, Esquire
Strasburger & Price
1200 One Main Place
Dallas, Texas 75250

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___5___

DOCKET NO. ___362___ -- In re Multi-Piece Rim Products Liability Litigation

BEATRICE MIXSON (C-23)
Terry E. Richardson, Jr., Esq.
P.O. Box 365
Barnwell, South Carolina  29812

W. Newton Pough, Esquire
512 Ameila, N.E.
Oraggeburg, South Carolina  29115

General Motors Corp. (Deft. C-23)
Robert A. Patterson, Esquire
120 Meeting St.
P.O. Drawer H.
Charleston, South Carolina 29402

Firestone Tire & Rubber Co. (Local Def.
Henry B. Smythe, Esq.          C-23)
P.O. Box 999
Charleston, South Carolina  29402

BELTON J. BORDELON (C-24)
John T. Bennett, Esquire
Riddle, Bennett & Ryland
P.O. Box 315
Marksville, La.  71351

Firestone Tire & Rubber Co. (Local Def.
William J. Hamlin, Esquire     C-24)
Monroe & Lemann
1424 Whitney Bldg.
New Orleans, La. 70130

OPAL I. BURKS (C-25)
James J. Hultgren, Esquire
Richard L. Bowler, Esq.
614 Adolphus Tower
Dallas, Texas  75202

TEXAS EMPLOYERS INSURANCE CO.
(INTERVENOR PLAINTIFF C-25)
Tom J. Stollenwerck
Moore, Peterson, Sauer, Williams
 & Stollenwerck
2810 Republic National Bank Tower
Dallas, Texas  75201

The Firestone Tire & Rubber Co. (Local Deft.
J. Carlisle DeHay, Jr., Esq.       C-24)
Gardere, Porter & DeHay
1700 Republic National Bank Bldg.
Dallas, Texas  75201
                    Local
Ford Motor Co. (Deft. C-25)
David S. Kidder, Esquire
Jerry Grissom, Esquire
Thompson, Knight, Simmons & Bullion
2300 Republic National Bank Bldg.
Dallas, Texas  75202
                    Local
Kelsey-Hayes      (Deft. C-25)
W. R. Davis, Esquire
Strasburger & Price
1200 One Main Place
Dallas, Texas  75250

JOHN F. LOUGHAN (C-26)
Marshall I. Nurenberg, Esquire
Seventh Floor
Engineers Bldg.
Cleveland, Ohio  44114

Ronald Payne, Esquire
621 S. Federal Highway
Suite 4
Fort Lauderdale, Florida  33301

Firestone Tire & Rubber Co. (Local Deft.
Patrick F. McCartan, Esquire   C-26)
1700 Union Commerce Bldg.
Cleveland, Ohio  44114

Workmens Compensation Fund
Malcolm Kienzle, Esquire
250 Peoples Merchants Trust Bldg.
Canton, Ohio  44702

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 6

DOCKET NO. ~~326~~ 362 -- In re Multi-Piece Rim Products Liability Litigation

---

GAYLORD L. ANDERSON, ET AL. (C-27)
David L. Evans, Esquire
Suite 25, NDEA Bldg.
301 N. 4th St.
Bismarck, North Dakota   58501

Dale W. Moench, Esquire
P.O. Box 866
Dickinson, North Dakota   58601

Firestone Tire and Rubber
Co. (Deft. C-27)
Harry T. Pearce, Esquire
Pearce, Anderson, Thames & Durick
P.O. Box 400
Bismarck, North Dakota   58501

KAREN LYN COTHERN, ADM., ET AL. (C-28)
George McWilliams, Esquire
Hubbard, Patton, Peek, Haltom
  & Roberts
700 Texarkana National Bank Bldg.
Texarkana, Texas   75501

Smith, Stroud, McClerkin,
  Dunn & Nutter
Suite Six
State Line Plaza
Texarkana, Arkansas   75502

MARK WILLIAM SMITH (C-29)
Bryson R. Cloon, Esq.
Charles E. Whitman, Esquire
Fletcher, Cloon & Bennett
The Patton Building, Suite 202
6420 W. 95th St.
Overland Park, Kansas   66212

NATIONAL ALFALFA DEHYDRATING &
  MILLING (Deft. C-29)
David M. Druten, Esquire
Rushfelt, Mueller, Lamar,
Druten & Moran
864 New Brotherhood Bldg.
Kansas City, Kansas   66101

---

ADEAL MIXSON (C-30)
Terry E. Richardson, Jr., Esquire
Blatt & Fales
P.O. Box 365
Barnwell, South Carolina   29812

*Same as C-23*   *opposed*

MRS. DEBRA PARLETT, ETC., ET AL. (C-31)
Mike Gallagher, Esquire
Fisher, Roch & Gallagher
2600 Two Houston Center
Houston, Texas   77002

*opposed*

KAREN LYN COTHREN, ETC., ET AL. (C-32)
George McWilliams, Esquire
Hubbard, Patton, Peek, Haltom &
  Roberts
P.O. Box 1928
Texarkana, Texas   75501

R. Gary Nutter, Esquire
Smith, Stroud, McClerkin,
  Dunn & Nutter
Suite Six, State Line Plaza
Texarkana, Ark.   75502

Firestone Tire & Rubber Co. (Local Counsel
Norman C. Russell                   C-32)
Atchley, Russell,
  Waldrop & Hlavinka
P.O. Box 1049
Texarkana, Texas   75501

J. Carlisle DeHay, Jr., Esq.
Gardere, Porter & DeHay
17th Floor Republic National Bank Bldg.
Dallas, Texas   75201

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 --   In re Multi-Piece Rim Products Liability Litigation

---

EDWARD CAMPBELL (D-42)
John C. Risjord, Esq.
(Samme as L.C.)

William A. Guilford, Esq.
Lehman, Guilfoyle & Hinkle
204 Broadway
Abilene, Kansas  67410

GOODYEAR TIRE & RUBBER CO. (Local Counsel
Joseph W. Kennedy, Esq.          D.-42)
Morris, Laing, Evans,
Brock
Suite 430
300 West Douglas
Wichita, Kansas  67202

F.M.C. Corp. (Deft. D-42)
F.M.C. Corp.
The Corporation Co.
First National Bank Bldg.
Topeka, Kansas  66603


THOMAS HARVEY (D-43)
Stephen F. Pusatier, Esquire
Pusatier, Sherman & Stapell
2464 Elmwood Avenue
Kenmore, New York  14217


CLEON L. COWLEY, ETC. (D-44)
Warren W. Goedert, Esquire
520 Sinclair St.
P.O. Box 3344
Reno, Nevada  89505

 Serve with CTO's
John B. Carothers, III, Esq.
Ross, Hardies, O'Keefe, Babcock
 & Parsons - One IBM Plaza
Suite 3100
Chicago, Illinois  60611

---

SAMMY J. BELLOMA (D-46)
James W. Carney, Esquire
Carney, Hudson and Williams
510 Fleming Building
Des Moines, Iowa  50309

EMORY SMOAK (D-47)
F. Hall Yarborough, Esquire
Bryant, Fanning & Yarborough
P.O. Box 11206
Columbia, South Carolina 29211


CHARLES W. LYONS (D-49)
Michael E. Callen, Esq.
Barnett & Lerner
705 North 8th St.
Kansas City, Kansas  66101


LLOYD T. JAMES, ET AL. (D-50)
ARTHUR RAMEY (D-51)
John C. Risjord, Esquire
(Same as L.C.)

Dennis T. Cathey, Esquire
Cathey & Strain
P.O. Box 689
Cornelia, Georgia  30531
ROBERT J. BOWERS, ET AL. (D-52)
Robert R. Roby, Esquire
Bailey, Williams, Westfall, Lee
 & Fowler
Suite 2150, One Dallas Centre
350 North St. Paul St.
Dallas, Texas  75201

THEODORA PARROTT, ETC., (D-53)
William E. Beck, II, Esquire
Martin & Beck
217 Southway Boulevard, East
Kokomo, Indiana  46901

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 362 ___ __ _____

---

DON WHITTINGTON, JR., ET AL. (D-56)
Leonard E. Davis, Esq.
Potter, Guinn, Minton, Roberts &
  Ireland                        OPPOSED MAY - 7 1980
P. O. Box 359
Tyler, Texas  75710

Cynthia S. Kent, Esq.
119 E. Houston
Tyler, Texas  75701


 IDA MAE BRIDGES, ETC. (D-58)
Ronnie H. Walker, Esq.
Walker & Buckmaster
Post Office Box 273
Orlando, Florida  32801

MARK WILLIAM SMITH (D-59)
Bryson R. Cloon, Esq.
Cloon & Bennett
Patton Building, Suite 202
6420 West 95th Street
Overland Park, Kansas  66212

NEVADA INDUSTRIAL COMMISSION (D-60)
Riley M. Beckett, Esquire
Harkins & Beckett, Ltd.
777 West Williams, Suite 107
P.O. Box 651
Carson City, Nevada  89701

INTERNATIONAL HARVESTER CO.
(Deft. D-60)
Unable to determine counsel
or address.


ELMER BOND  (D-62)
Robert K. Fogel, Esquire
Baskin, Server & Berke
One North LaSalle Street
Suite 2800
Chicago, Illinois  60602

FIRESTONE TIRE & RUBBER CO.
(local defendant in D-62)
Frances E. Prell, Esquire
Ross, Hardies, O'Keefe, Babcock
  & Parsons
One IBM Plaza
Suite 3100
Chicago, Illinois  60611

FORD MOTOR CORPORATION
(local defendant in D-62)
Peter J. Mone, Esquire
Baker & McKenzie
130 E. Randolph Drive
Chicago, Illinois

TODD J. FARR (D-63)
George B. Handy, Esquire
2650 Washington Blvd.
Ogden, Utah  84401

John C. Risjord, Esquire
(same as L.C.)                    OPPOSED OCT 27 1980

A.M.F. Corporation a/k/a
AMERICAN MACHINE AND FOUNDRY CO.
(Defendant D-63)
777 Westchester Avenue
White Plains, New York  10604

REDCO CORPORATION (Defendant D-63)

  Geoffrey Myers, Esq.
  Hall, Myers, Rose & Richardson
  P.O. Box 34436
  West Bethesda, Maryland  20034

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

---

CHRISTINE FULLONE, ADM. (D-64)

*Listed under Adm't*

---

ANTONIO LEVA, ET AL. (D-66)
Stephen I. Weiss, Esq.
Moskowitz, Zamparelli & Weiss
Suite 414, One Oxford Valley
Langhorne, Pa. 19047   *opposed 12/16/80*

(Local counsel for Gen. Motors
 -- deft. in D-66)
George J. Lavin, Jr., Esq.
Liebert, Short, Fitzpatrick & Lavin
Suite 1900, Three Parkway
Philadelphia, Pa. 19102

LINDA K. MCNEARY (D-67)
Maureen Swihart, Esquire
Klamen & Danna
7820 Maryland Avenue
Clayton, Missouri 63105

CLYDE PRESLEY (D-68)
Ben Todd, Esquire
Todd and Deal
294 Washington Ave.
Memphis, Tenn 38103

Joe Tennyson, Esquire
P.O. Box 190
Charleston, Miss. 38921

Palmer Miller, Esquire
Suite 1200
100 North Main Bldg.
Memphis, Tenn. 38103

---

Firestone Tire & Rubber Co.
Local Counsel (D-68)
William H. Cox, Esquire
Cox & Dunn, Ltd.
P.O. Box 1046
Jackson, Miss. 39205

Allan D. Shackelford
Sullivan, Hunt, Spell,
  Shackelford & Henson
P.O. Box 1196
Clarksdale, Miss. 38614

General Morots Corp. (Local Counsel D-68)
Charles S. Tindall, III, Esquire
Lake, Tindall, Hunger &
  Thackston
P.O. Box 918
Greenville, Miss. 38701

Firestone Stores
795 Royal Avenue
Memphis Tennessee

CHRISTINE FULLONE, ADM. (D-64)

Leonard J. Rubin, Esq.
Diebold & Millonzi
Suite 650
1920 N Street, N.W.
Washington, D. C. 20036

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____ ..

DOCKET NO. _____ -- _____

---

JOHN THOMAS BARRYMORE (D-69)
Barney O. Smith, Jr., Esq.
Lathan, Fayssoux, Smith & Barbare
850 Wade Hampton Boulevard
Greenville, South Carolina 29609

KEVIN DICK (D-70)
Lee Turner, Esq.
Turner and Boisseau, Chartered
3900 Broadway
Great Bend, Kansas 67530

John C. Risjord, Esq.
Niewald, Risjord & Waldeck
2500 Commerce Tower
Kansas City, Missouri 64105

VIVIAN FONSECA, ETC. (D-71)
William H. Pickett, Esquire
1125 Grand Avenue
1413 Traders Bank Bldg.
Kansas City, Mo.  64106

James K. Beckham, Esquire
Sams, Gerstein & Ward
700 Concord Bldg.
66 West Flagler St.
Miami, Florida  33130

Firestone Tire & Rubber Co.
(Local Counsel) (D-71)
Paul Freedman, Esquire
Preddy, Kutner & Hardy, P.A.
66 West Flagler Street
Miami, Florida  33130

Monroe E. McDonald, Esquire
Sanders, McEwan, Mims &
  McDonald
P.O. Box 753
Orlando, Florida  32802

REDCO CORP. Deft.(D-71)
Geoffrey R. Myers, Esquire
Hall, Myers, Rose & Richardson
P.O. Box 34436
Washington, D.C.  20034

D ONALD W. WATSON, ET AL. (D-72)
Paul E. Quigley, Esquire
4420 North Lincoln Boulevard
Oklahoma City, OK  73105

TODD R. DEPOORTER (D-73)
Durward J. Long, Sr., Esq.
Long & Long P.S.
Spencer Square Building
1830 2nd Avenue, P.O. Box 126
Rock Island, IL  61201

MYERS INDUSTRIES, INC. (Deft. D-73)
Myers Industries, Inc.
Mr. Paul F. Drexler
1293 South Main Street
Akron, OH  44301

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _362_ -- _____

---

PENDING/OPPOSITIONS (cont'd)

LINDA K. McNEARY (D-67)
Maureen Swihart, Esquire
Klamen & Danna
7820 Maryland Avenue
Clayton, Missouri  63105

CLYDE PRESLEY (D-68)
Ben Todd, Esquire
Todd and Deal
294 Washington Avenue
Memphis, Tennessee  38103

Joe Tennyson, Esquire
P.O. Box 190
Charleston, Mississippi  38921

Palmer Miller, Esquire
Suite 1200
100 North Main Building
Memphis, Tennessee  38103

FIRESTONE TIRE & RUBBER CO.
Local Counsel (D-68)
William H. Cox, Esquire
Cox & Dunn, Ltd.
P.O. Box 1046
Jackson, Mississippi  39205

Allan D. Schakelford, Esquire
Sullivan, Hunt, Spell,
  Shackelford & Henson
P.O. Box 1196
Clarksdale, Mississippi  38614

GENERAL MOTORS CORP. (Local Counsel
(D-68)
Charles S. Tindall, III, Esq.
Lake, Tindall, Hunger & Thackston
P.O. Box 918
Greenville, Mississippi  38701

Firestone Stores
795 Royal Avenue
Memphis, Tennessee

NEVADA INDUSTRIAL COMMISSION (D-60)
Riley Beckett, Esquire
Harkins & Beckett, Ltd.
777 East Williams
Suite 107
Carson City, Nevada  89701

Intervenor Plaintiffs (D-60)
John A. Greenman, Esq.
Greenman, Goldberg & Raby
810 East Charleston Blvd.
Las Vegas, Nevada  89104

Local Defendant (Firestone) (D-60)
Roger L. Erickson, Esq.
Erickson, Thorpe, Swainston
  & Cobb, Ltd.
601 South Arlington
P.O. Box 355
Reno, Nevada  89505

Defendant filing Motion to Remand
International Harvester (D-60)
Drake Delanoy, Esquire
Beckley, Singleton, DeLanoy &
  Jemison
Suite 1000 First Natl. Bk. Bldg.
Las Vegas, Nev.  89101

Thomas O. Baker, Esquire
Watson, Ess, Marshall & Enggas
1500 Home Savings Bldg.
1006 Grand Avenue
Kansas City, Missouri  64106

VIVIAN FONSECA, (D-71)
William H. Pickett, Esq.
1125 Grand Avenue
1413 Traders Bank Bldg.
Kansas City, Mo.  64106

James K. Beckham, Esq.
Sams, Gerstein & Ward
700 Concord Bldg.
66 West Flagler St.
Miami, Florida  33130

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ --
      Pending Oppositions, etc.

| | |
|---|---|
| Firestone Tire & Rubber Co. (Local Counsel D-71) Paul Freedman, Esq. Preddy, Kutner & Hardy 66 West Flagler St. Miami, Florida  33130 | Motion For Reconsideration for transfer of D-60 |
| Monroe E. McDonald, Esq. Sanders, McEwan, Mims & McDonald P.O. Box 753 Orlando, Florida  32802 | NEVADA INDUSTRIAL COMMISSION, ET AL. (D-60) Riley M. Beckett, Esq. 777 East Williams, Suite 107 Carson City, Nevada  89701 |

Redco Corp. (Deft. D-71)
Geoffrey R. Myers, Esquire
Hall, Myers, Rose & Richardson
P.O. Box 34436
Washington, D. C.  20034

TODD R. DEPOORTER (D-73)
Durward J. Long, Sr., Esq.
Long & Long P.S.
Spencer Square Building
1830 2nd Avenue, P.O. Box 126
Rock Island, IL  61201

MYERS INDUSTRIES, INC. (DEF. D-73)
Myers Industries, Inc.
Mr. Paul F. Drexler
1293 South Main Street
Akron, Ohio  44301

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 -- IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Goodyear Tire & Rubber Co. | A-1, A-3, A-~~X~~, A-9, A-10, A-12, ~~A-X~~ A-16, A-17 A-18, D-37, D-38, D42, D-44, D-48, D-50, 051 D-53, D-5X, D-5X, D-61, D-63, D-64 D-67, D-70, D-72, D-73 |
| Taylor Machine Works, Inc. | A-1 |
| Michelin Tire Co. | ~~X~~ ~~X~~ |
| B. F. Goodrich Co. | A-1 |
| John P. Wilke | A-1 |
| R. E. Herlean | A-1 |
| A. T. Henry | A-1 |
| George Martin | A-1 |
| Ocar Southard | A-1 |
| C. T. Tash | A-1 |
| The Firestone Tire & Rubber Co. | A-2, A-3, A-4, A-5, ~~X~~ A-8, A-9, A-10, A-11, A-13 A-15, A-17, A-19, A-20, ~~X~~ C-28, C-29, C-30 C-31, C-33, C-35, C-36, D-37, D-39, D-40 D-43, D-47, D-50, D-51, D-52, D-53, D-56 D-57, D-58, 60, D-58, A-60, D-62, D-63, D-69 D-71, D-73 |

p. 2

| | |
|---|---|
| Firestone Steel Products Division | A-2, A-19 C-23, C-24, C-25 C-26 C-27 C-35 D-68 |
| Kelsey-Hayes Co. | A-2, A-3, A-15, A-17 C-24 C-35 D-43 D-50, D-51, D-63 |
| Columbus 1-70 West Auto-Truckstop, Inc. | A-3 |
| Union Oil Co. of Calif. | A-3 |
| Reliable Truck Parts, Inc. | A-3 |
| The Budd Co. | A-3 D-38 D-41, D-50, D-51 D-56, D-58 D-63 |
| Motor Wheel Corp. | A-3 |
| Cooper Tire & Rubber Co. | A-4 |
| Ford Motor Co. | A-4 C-25 D-41, D-62 |
| Rufus P. Limpp (d/b/a Limpp Oil Co.) | A-11 |
| Coastal Tank Lines, Inc. | A-14 |

JPML FORM 3

p. **3**

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 --   IN RE MULTI-PIECE RIM PRODUCTS LIABILITY LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Adams Laboratories, Inc. | A-7 |
| Radco Corp. | A-7 |
| Sears Roebuck and Co. | A-7 |
| Armstrong Rubber Co. | A-7 |
| The Ness Co., Inc. | A-7 |
| General Tire & Rubber Co. | A-16  D-41  DSB |
| C. & H Transportation Co., Inc. | A-10 |
| Chemical Leaman Tank Lines, Inc. | A-18 |
| Allied Chemical Corp. | A-18 |
| Leaseway, Inc. | A-18   Dismissed |
| Pullman, Inc. | A-20 |

p. __4__

| | |
|---|---|
| General Motors | C-23  C-30  D-40  D-43  D-50, D-51  D-56  D-66  D-68 |
| Alfa Dalywrbug & Milling Co. | C-29 |
| James L. Monroe | C-35 |
| All-States Moving + Storage Co. | C-35 |
| Plymouth Van Lines, Inc. | C-35 |
| The International Harvester Co. | C-35  D-60 |
| Al Boffen D/B/A Al's Truck Service | C-35 |
| The Matlock Truck Body and Trailer Corporation | C-35 |
| Harvey Shelton | C-34 |
| Jackson Smith | C-34  C-34 |
| Syracuse Truck Sales | D-38 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 362 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| OshKosh Truck Corp. | D-38 |
| Seiscom Delta, Inc. | D-41 |
| FMC Corp | D-42 |
| Olin Mathieson | D-48 |
| Fruehauf Corp | D-56 |
| Monarck Mfg Co., Inc. | D-56 |
| A. M. F. Corporation A/k/a American Machine & Foundry Co. | |
| Redco Corporation | |
| Fuqua Ind. Stores | D-68 |
| Redco Corp | D-71 |
| Myers Ind. | D-73 |